1:22CV775.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO J. McFARLAND
## ———————— DIVISION

M.J. LITKOVITZ

Sis. CHARLOTTE L. FRANKLIN-SAMUELS
(Enter Above the Name of the Plaintiff in this Action)

vs.

CONGRESSMAN STEVE CHABOT
(Enter above the name of the Defendant in this Action)

**RECEIVED**

DEC 3 0 2022

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

If there are additional Defendants, please list them:

SOCIAL SECURITY ADMIN.
MAYOR OF CINCINNATI, OHIO
COURT OF COMMON PLEAS, PROBATE DIVI.
DEPARTMENT OF THE TREASURY

### COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Sis. CHARLOTTE L. FRANKLIN
Name - Full Name Please - PRINT

9982 ARBORWOOD DR. #305
Street Address

CINCINNATI, OHIO 45251
City, State and Zip Code

513-514-6797
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.





usbank.com

April 3, 2019

Charlotte Franklin
56 Providence Dr Apt 5
Fairfield, OH 45014

Re: Consumer Financial Protection Bureau Case #190319-3921392

Dear Ms. Franklin:

We received your request for assistance filed with the Consumer Financial Protection Bureau concerning your
U.S. Bank Premium Checking account ending in 9627. You mention money was taken out of your account and we
say we know nothing about it. We appreciate the opportunity to respond to your concerns. U.S. Bank is committed to
the products and services we offer, but more importantly the customers we serve each and every day.

Per our conversation on March 27, 2019 and in reviewing your concerns filed with the Consumer Financial Protection
Bureau, we are unable to determine which transactions you are concerned with. To properly respond to your inquiry,
we need specific details related to your concerns. Please mail your request with more specific transaction details
such as the dollar amount(s), date(s), and how the money was taken from the account to the address listed below:

U.S. Bank
Attn: Customer Care Unit
P.O. Box 64991
Saint Paul, MN 55164-9505

As soon as the requested information is provided, we will be happy to assist in resolving your concerns.
Unfortunately, without specific information we will not be able to proceed and will consider this matter closed.

If you have further questions, please contact U.S. Bank OmniChannel Customer Service directly at 800.USBANKS
(872.2657) where representatives are available to assist you seven days a week.

Sincerely,

Carrie Lunzer
Senior Customer Care Specialist
U.S. Bank OmniChannel Customer Service

CC: Consumer Financial Protection Bureau

*Ms. Page 513-942-8308*

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Roy J. Daniels, arrived in June of 1979 from N.C. airport and went start to Springfield Township Police Department where I did reside at 1008 Wellspring Dr. Cinti. Oh. 45231. Then to my address. There my two sons were home at the time. My living son called my pager to inform me Roy was here in U.S.A. from the airport in a call from police department. I came home right away. He gave him something too drink only God know what. I had received a letter from immigration in Colo. that Roy was there east end of Cinti. Ohio. He left that same Friday and went back to Jamaica. Then return a letter come from immigration in Cinti for him to report. We went there we were in a room with a white agency. I had to excuse my self to the ladies room. When I return the agency ask him why he went back to Jamaica. He said his mother had cancer. Then we went back to the waiting room, he wouldn't sit beside me, I had to set in front of him

-3-

_____
Signature

I was told embarrassed for the way I looked, Rog R. Samuels had did black magic on me I had pictures that were taken when in Jamaica I didn't recall the see it were I was and I looked intoxicated, which I wasn't, and he followed me everywhere I went. The first day in Jamaica he acted like he had been knowing me I had never seen him before and come over room, where Janie Johnson, shared together. Janie Johnson was employed at University Hospital and secretary at that time. That's how I knew about the trip. Wrote two different checks where only one was good. to make the trip which was deposit in the post office book for the bank at 5115 Vine St. Bond where I did work. He deceived me if I married him I would able to come back free.



and he was going to take
me to the market and visit his
mother. Which never happen
how he did it I don't know, but
I found myself in his room in bed
I had not had a period before for some
time, before I had been probaly
to longview hospital and on Medican
which my doctor said the hospital
were trying to control my mind but
had stop my pereoids. when I
woke went to the bathroom. my pereiond
came back that morning and when I
was leaving he said they would
see me leave. I didn't see
anyone, but knowing there was
a airline strike between the U.S.
and Canada. I had to call back
home to the pastors office and
tell my supervisor. I'm Mostey
he girls from the hospitol asked what
they should do. I guess we had to stay
over untill we could get a fild

Signature

I told him we called the Embassy
He got a [illegible] from [illegible]
[illegible]
[illegible] in the [illegible] of the kids,
[illegible] to come home.
But the night before [illegible]
me out for [illegible] him and [illegible]
[illegible]
[illegible]
[illegible]
[illegible] what was
[illegible] said they
couldn't replace.
At the wedding he said he married
me until our bodies apart.
He never had sex [illegible]
was in Cincinnati, Ohio. When
immigration wanted him to report again
later I told [illegible] at the number [illegible] before
[illegible] he said [illegible]
[illegible]
[illegible]

[illegible]

U. S. A. Immigration Center Ohio.
Sent a letter to my President, demanding
Rev. P. Samuels report, after he
had come back the second time and
I had received a letter from the
Immigration office in Colorado.
He went together, for some reason
after he spoke to the agency
I had to set in front of him at all
times, the agency came out in the
waiting and I and myself. Samuels
every problem and where I call them.
He left the office, Rev. called me
walking with him around the
court house on the square, I answer
he forgot where he had parked the car
he was driving. I have to adjust
my foot were hurting, and the Lord
said not to walk with him, because
he was trying too over throw the
country. I didn't tell him that.
I stated I wasn't walking any more

I remember the car was a white Range garage parking. He went right too it and left me in the garage, then all these white men began following behind him.

He report the second time and gave me a $100.00 bill and left I have not seen sence.

I did have a phone number on a phone bill from were he had called me. he called the number and reach the claim he was working, then called the gentalman would always say that he wasn't there.

I do remember the first visit after he had come back I took him to Western Union on 8th and he sent adacha case of money to someone in New York. they said they couldn't me were

I would call and go over to the office, they would ask for pictures of a car, I took the pictures, they couldn't find on his practice. Some would call me ever now & then, if he didn't know where he was and they would give me nothing about him, even a back around 2018. Then nothing until I moved here & am living now, where in my cell phone, I would be come & called me delivering police, department, they didn't know how be got my number. So if my e-mail address times it wasn't from him, but these people have ways to get my information, these both yes. Charlelle L. Franklin Schneider

On July 3, 1979
Justice of the Peace Covington
Ky. Married me to Ray _____
Samuels after he said he
married me until love
did us apart.

Rev. Arthur Logan
2nd District Church

I hereby certify this to be a true
copy of the certificate on file with the
Cincinnati Board of Health.    Date Issued:    SEP 0 9 2002

_Frank P. Howell, M.B.A._
Local Registrar, City of Cincinnati
Assistant Commissioner of Health

Ohio Department of Health
**VITAL STATISTICS**
CERTIFICATE OF DEATH

251

3101

State File No.
Reg. Dist. No.                                                                    00231
Primary Reg./Dist. No.                                       Registrar's No.

| 1. DECEDENT'S NAME (First, Middle, Last) | | | 2. SEX | 3. DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|---|
| Ollie       Franklin | | | male | JANUARY 1, 1989 |

| 4. LOCAL SECURITY NUMBER | 5a. AGE - Last Birthday (Years) | 5b. UNDER 1 YEAR Months Days | 5c. UNDER 1 DAY Hours Minutes | 6. DATE OF BIRTH (Month, Day, Year) | 7. BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|---|
| 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 | 27 yrs | | | Jan 5, 1961 | Cinti., Ohio |

| 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? | | 9a. PLACE OF DEATH (Check only one) | | |
|---|---|---|---|---|
| Yes XX No | HOSPITAL: ☐ Inpatient ☐ ER/Outpatient X DOA | OTHER: ☐ Nursing Home ☐ Residence ☐ Other (Specify) | | |

| 9b. FACILITY NAME (If not institution, give street and number) | 9c. CITY, VILLAGE OR LOCATION OF DEATH | 9d. COUNTY OF DEATH |
|---|---|---|
| University Hospital | Cincinnati | Hamilton |

| 10. MARITAL STATUS - Married, Never Married, Widowed, Divorced (Specify) | 11. SURVIVING SPOUSE (If wife, give maiden name) | 12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) | 12b. KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| NEVER MARRIED | | laborer | |

| 13a. RESIDENCE - STATE | 13b. COUNTY | 13c. CITY, TOWN, OR LOCATION | 13d. STREET AND NUMBER |
|---|---|---|---|
| Ohio | Butler | Hamilton | 353 Hampshire  B-17 |

| 13e. INSIDE CITY LIMITS (Yes or No) | 13f. ZIP CODE | 14. WAS DECEDENT OF HISPANIC ORIGIN? (Specify No or Yes - If yes, specify Cuban, Mexican, Puerto Rican, etc.) XX Yes ☐ Yes Specify: | 15. RACE - American Indian, Black, White, etc. (Specify) | 16. DECEDENT'S EDUCATION Elementary/Secondary (0-12) | Colle..e (1-4 or 5+) |
|---|---|---|---|---|---|
| yes | 45011 | | Black | 12 yrs | |

| 17. FATHER'S NAME (First, Middle, Last) | 18. MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| Ollie Lee Franklin | Charlotte Daniels |

| 19a. INFORMANT'S NAME (Type/Print) | 19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|
| Charlotte Franklin | 353 Hampshire dr.    Hamilton    Ohio    45011 |

| 20a. METHOD OF DISPOSITION XX Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify) | 20b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) | 20c. LOCATION - City or Town, State |
|---|---|---|
| | Spring grove Cemetery | Cincinnati, Ohio |

| 20d. DATE OF DISPOSITION | 21a. NAME OF EMBALMER | 21b. LICENSE NUMBER |
|---|---|---|
| January 7, 1989 | Lynwood L. Battle | 5551 |

| 22a. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH | 22b. LICENSE NUMBER (of Licensee) | 23. NAME AND ADDRESS OF FACILITY |
|---|---|---|
| _L.M.C. Battle_ | 3790 | J.C. BATTLE & SONS 543 Rockdale Ave Cinti., O |

| 24. REGISTRAR'S SIGNATURE |
|---|
| _Juanita M. Adams_ |

| 25a. SIGNATURE OF PERSON ISSUING PERMIT | 26b. DATE PERMIT ISSUED | 26b. DIST. No. | 27. DATE PERMIT ISSUED |
|---|---|---|---|
| | JAN 23 1989 | | |

26a. CERTIFIER
(Check only one)
☐ CERTIFYING PHYSICIAN
To the best of my knowledge, death occurred at the time, date and place, and due to the cause(s) and manner as stated.

X CORONER
On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner as stated.

| 28a. TIME OF DEATH approx. | 28c. DATE PRONOUNCED DEAD (Month, Day, Year) | 28d. WAS CASE REFERRED TO CORONER? |
|---|---|---|
| 7:05 P | January 01, 1989 | X Yes ☐ No |

| 28. SIGNATURE AND TITLE OF CERTIFIER | 28f. LICENSE NUMBER | 28g. DATE SIGNED (Month, Day, Year) |
|---|---|---|
| _Frank P. Cleveland_ Coroner | 16264 | Jan. 20, 1989 |

29. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (Type/Print)
Frank P. Cleveland, M.D., Coroner, 3159 Eden Avenue, Cincinnati, Ohio, 45219

| 30. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. Multiple bodily trauamma DUE TO (OR AS A CONSEQUENCE OF): | minutes |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST | b. driver, struck fixed ofiect DUE TO (OR AS A CONSEQUENCE OF): | minutes |
| | Motor vehicle traffic accident, | |
| | c. DUE TO (OR AS A CONSEQUENCE OF): | |

| PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I | 31a. WAS AN AUTOPSY PERFORMED? X Yes ☐ No | 31b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? X Yes ☐ No |
|---|---|---|

| 32. MANNER OF DEATH ☐ Natural   ☐ Pending Investigation X Accident ☐ Suicide ☐ Could not be Homicide Determined | 33a. DATE OF INJURY (Month, Day, Year) January 1 1989 | 33b. TIME OF INJURY approx. 7:05 P M | 33c. INJURY AT WORK? ☐ Yes ☐ No | 33d. DESCRIBE HOW INJURY OCCURRED vehicle struck a fixed object |
|---|---|---|---|---|
| | 33e. PLACE OF INJURY - At home, farm, street, factory, office building, etc. (Specify) alongside of roadway at | | 33f. LOCATION (Street and Number or Rural Route Number, City or Town, State) 6715 Hamilton Ave., Cincinnati, OH | |

# House of Prayer for Everyone
## Inc. 1937

This Certifies that _Charlotte Franklin_

has successfully completed _Level 2 - Healing Hands_

and is Awarded ____20____ Contact Hours as

approved by H.O.P.E.

_April 1, 2, 1995_
Date(s) of Course

_H.O.P.E_
Provider

_Fairfield, Ohio_
Location

_Rev. Clara Jos. Piper_
Instructor

_Lowell B. Morgan_
Hope Education Committee Member

_4/2/1995_
Date Certificate Awarded

COMMONWEALTH OF KENTUCKY, }
COUNTY OF CAMPBELL } Sct.

# Marriage License

## To Any Person Authorized to Celebrate Marriages:

You are hereby authorized to join together in the Holy State of Matrimony, according to the rites and ceremonies of your Church, or religious denomination, and the laws of the Commonwealth of Kentucky.

ROY SAMUELS

and CHARLOTTE FRANKLIN

Given under my hand, as Clerk of County Court of Campbell County, Kentucky, this 2nd day of JULY 19 79

_Margie Schroder_ Clerk

By _Jerry A. Line_ D. C.

**Marriage Certificate, Kentucky.** In the Clerk's office of the County Court, for the County of Campbell

Date of Marriage JULY 3 1979 Place of Marriage NEWPORT KY.

Full Names of Parties ROY SAMUELS

and CHARLOTTE FRANKLIN

Age of Husband 34 years; Condition (single, widowed or divorced) SINGLE

Age of Wife 37 years; Condition (single, widowed or divorced) DIVORCED

Husband's Place of Birth JAMAICA Residence CINCINNATI OHIO

Wife's Place of Birth OHIO Residence CINCINNATI OHIO

Occupation of Husband

Given under my hand, this 3rd day of JULY 1979

_Margie Schroder_ Clerk

By _Jerry A. Line_ D. C.

## Certificate of Time and Place of Marriage

I, _Arthur Ryan_, _Justice of the Peace_ of the _2nd District_ Church or religious order of that name, do certify that on the _3rd_ day of _July_ 19 _79_ at _Covington_ Kentucky, under authority of the above license, I united in Marriage _Roy Samuels_ and _Charlotte Franklin_ the persons named and described therein, in the presence of X _Janie Johnston_ and _Mary Ryan_

I qualified and gave bond, according to law, authorizing me to celebrate the rites of Marriage in the County (or city) of _Newport_, State of Kentucky.

Given under my hand, this _3rd_ day of _July_ 19 _79_

_Arthur Ryan_

NOT GOOD AFTER 30 DAYS FROM DATE OF ISSUE
RETURN TO CLERK WITHIN 90 DAYS

PERSON PERFORMING CEREMONY, SIGN HERE

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE MARRIAGE LICENSE BETWEEN Roy Samuels & Charlotte Franklin BEING ON RECORD IN THE CAMPBELL COUNTY CLERK'S OFFICE, NEWPORT, KY. AS SHOWN IN MARRIAGE BOOK 272 PAGE 994 . IN TESTIMONY WHEREOF, I HAVE HEREUNTO SUBSCRIBED MY HAND AND AFFIXED THE SEAL OF SAID COURT AT MY OFFICE IN NEWPORT, KENTUCKY, THIS 25th DAY OF Mar , 19 91 .

JACK SNODGRASS, COUNTY CLERK

BY _Karen S. Habel_ D.C.

DEPUTY CLERK

Started at Evindale Station
Sept. 1966. Then went to
318 Leiden St. Elmwood
45216. Then ___ to Westwood
first black female clerk
made the postal news about
a snake from up mail
room they 5157 vine st.
found mail dated 1942
for Lauper furniture
store. In Elmwood Place
was called Super Clerk,
made Union Steward.
Postmaster was a lawyer, for
the Jewish residents on town
St. I did consider, her
about the postpaying a divorce
from Mr. Franklin ___ wife
threaten to kill me if he

desk so I dropped the first one
because didn't get any better so I
did file again later.
Time went by drove to Columbus Ohio
to see the Gov. James Rhodes three
different times. Until I was
try to help my grand parents.
Parents I received a call from
my grand father about and I
ask I could go see about them
and I was told No.
There was a accident in the
mean time all kinds of problems
start happening. the Devil
people got worse. I got
fered, then got it back that
legal did, then de there
Hire a attorney to fight back.
Postal Service said the
Judge and atty not to give
me back my right.
Post master, got rid of mail in

They didn't like that because I
reported.

Sis Charlotte Flowers
Samuels

I would always open a
checking account.
Had one a Cedar and Hamilton
Ave. College Hill even
Mr. Franklin write off my
account, the bad signature
cards but because he
was Mr. they would let her
then I had 1st National
Put my paycheck in the bank
mail box in the Post Office.
When I wanted to go on trip
to Jamaica the first didn't
go their but second did
then after been probated
to Longview Hospital.
First National Bank called
the hospital for me. He
young check check said

had to take my money out of the bank, because Micheal Abram was withdrawing money from my account. There were two branches in Norwood, one was paying the other was cheshene. I told my father he died it out because he had a account with the bank. He witness there was a shortage when I got out. I went to the bank, couldn't get no help. Chevy bank. later had account on Madison Rd at Providence received first SSI money put in bank, losing house at 1008 wellspring in Madisonville after losing

45231

Live on Bramble
Open account at Providence with
signature card. Went shopping
at Malley and corner store
and wrote checks. Went to
jail and Dayton incarserated
center. I was Reading. Noone
beleive me.

Had put money in which was
still her First National after
going to Washington DC.
Call me kids. Son, Daughter
told them deposit in bank
beleive I come home, I took
notice about my account.
Kids they drawn. Kids they deposit
checks in bank. We go there
that lady they gave it to was
not there.

I called Data Site about last check no one respond ever, even upto now.


**Cincinnati Children's**
changing the outcome together

### Authorization for Use and/or Disclosure of Protected Health Information (PHI)

MEDICAL RECORD #: _____ CSN / ACCT #: _____ *(completed by CCHMC)*

This form authorizes Cincinnati Children's Hospital Medical Center (CCHMC) to use and/or disclose protected health information in the manner described below and is voluntary. CCHMC will not condition treatment, payment, enrollment or eligibility for benefits on the execution of this Authorization. The information used or disclosed as a result of this Authorization may be subject to re-disclosure by the person or entity receiving such information, and no longer protected by the federal privacy regulations. Please see the back of this form for tips for requesting medical record copies.

**NOTE**: Failure to complete each section of this form in its entirety *(including dates needed) may significantly delay the processing of your request.*

**Patient Information**

Patient (Pt) Name: _____
Last    First    Middle    Maiden (if applicable)
Gender: ☐ Male ☐ Female

Date of Birth: _____    Phone: ( )_____

Name of Patient/Parent/Legal Guardian (LG) Completing Form: _____

Patient/Parent/Legal Guardian Email Address: _____

Patient/Parent/Legal Guardian Address: _____

**Release To**

Name: _____ Organization (if applicable): _____

Street Address: _____

City/State: _____ Zip Code: _____ Telephone: ( )_____

**Information May Be Sent Via** *(Note: Radiology images can only be placed on CD and mailed or picked-up)*:

☐ US Mail ☐ MyChart (released to Patient/Parent/Legal Guardian only) ☐ Picked Up (Individual to Pick-up): _____

☐ Reviewed in Health Information Management (HIM) (Appointment Necessary)

I would like copies provided in the following format: ☐ Paper- see fees on back of form ☐ CD- cost not to exceed $50 plus shipping and handling.

☐ Verbal communication only between CCHMC care providers and person/entity named above. (HIM Department does not release PHI over the phone).

**Purpose (Optional for Pt/Parent/LG)**

Records are to be released for the following purpose(s): *(please select all that apply)*

☐ Medical Care, patient has an appointment on the following date: _____

☐ Attorney/Legal ☐ Personal ☐ Insurance ☐ Disability/SSI ☐ Education ☐ Military ☐ Other: _____

**Information to Release**

**Dates of Treatment Requested:** Last 2 years of active treatment will be provided unless specified. Dates: _____

☐ Medical Record Abstract – pertinent information generally used for continued care/personal use/disability.*(The following items are included in a Medical Record Abstract.)*

| | Other Information Requested: |
|---|---|
| ☐ Discharge Summary ☐ Operative Reports | ☐ Immunizations |
| ☐ Emergency Department Record ☐ Radiology Reports | ☐ Radiology Images |
| ☐ History & Physical ☐ Lab Reports | ☐ Registration Sheets |
| ☐ Inpatient Consult Reports, Specify MD/Specialty: _____ | ☐ Other: _____ |
| ☐ Outpatient Clinic Notes, Specify Clinic(s): _____ | ☐ Other: _____ |
| ☐ Other Tests, please specify: _____ | |

**Patient/Parent/Legal Guardian**

Unless otherwise revoked, this Authorization will expire one (1) year from the date signed or, if specified on the following date (optional): _____ Unless otherwise noted, records documented after the signature date below will be released upon verbal or written request of the Patient/Parent/Legal Guardian for up to one year from the date of signature. This Authorization may be revoked at any time. However, the revocation will not apply to uses or disclosures occurring prior to our receipt of your revocation request. To revoke the Authorization the patient/parent/legal guardian must submit a revocation request in writing to the HIM department at the address below. If CCHMC requests this Authorization for its own use or disclosure, a copy of this Authorization must be provided. Please refer to the CCHMC Notice of Privacy Practices.

I, the undersigned, hereby authorize CCHMC to use and/or disclose information from the medical or financial record as specified above. This authorization includes the use and/or disclosure of information concerning HIV testing or treatment of AIDS or AIDS-related conditions, any drug or alcohol abuse, drug-related conditions, alcoholism, and/or psychiatric/psychological conditions to the above mentioned entity.

Signature of Patient: _____ Date: _____
(if 18 years of age or older OR is an emancipated minor)

Signature of ☐ Parent ☐ Legal Guardian ☐ GAL/CASA: _____ Date: _____
Note: If Legal Guardian, GAL/CASA is checked, documentation establishing relationship must be provided, or on record, in order to comply with this request.

**Submit**

Verify that all sections are completed in full, signed and dated. Upon completion, please do one of the following:

| Mail the completed form via US Mail to: | Fax the Form to: | E-mail the Form to: |
|---|---|---|
| Cincinnati Children's Hospital Medical Center | (513) 636-6729 | him1@cchmc.org |
| 3333 Burnet Avenue, ML 5015 | | |
| Cincinnati, Ohio 45229-3039 | | |

Request Has Been Fulfilled: ☐ Yes, Name _____ Date _____ Page Count _____


M1000
HIC 01/17


*DTM1000*

**AFFIDAVIT**
**CORRECTION OF**
**DEATH OR FETAL DEATH RECORD**

State of ~~OHIO~~ ss

County of HAMILTON

Registrar's No. 134-01-00231-034

File No.

## INFORMATION AS IT APPEARS ON ORIGINAL RECORD

Name as recorded ____ OLLIE FRANKLIN ____

Date of death ____ 1/1/89 ____ Place of death ____ Cincinnati
UNIVERSITY HOSPITAL ____ Hamilton

                                                    City or Village          County

## ITEMS TO BE CORRECTED OR ADDED

| Item | Reads as | Should read |
|------|----------|-------------|
| 6 | Jan 5, 1961 | Nov. 5, 1961 |
| | | |
| | | |
| | | |
| | | |

## PERSON SWEARING TO THE ABOVE FACTS

I, ____ Charlotte Franklin ____ being first duly sworn say that

                    Name

I have personal knowledge that the foregoing facts are true and correct

____ Charlotte Franklin *Charlotte Franklin* ____ 9/9/02

        Name of person(s) executing affidavit                    Date signed

____ *Mary G. Pattle* ____ 11/26/03

        Signature of Notary                    Date commission expires





**Cincinnati Children's**
changing the outcome together

REC'D APR 01 2019

MEDICAL RECORD #: 2626633    CSN / ACCT #: 523221712  5454 11215

# Authorization for Use and/or Disclosure of Protected Health Information (PHI)
*(completed by CCHMC)*

This form authorizes Cincinnati Children's Hospital Medical Center (CCHMC) to use and/or disclose protected health information in the manner described below and is voluntary. CCHMC will not condition treatment, payment, enrollment or eligibility for benefits on the execution of this Authorization. The information used or disclosed as a result of this Authorization may be subject to re-disclosure by the person or entity receiving such information, and no longer protected by the federal privacy regulations. Please see the back of this form for tips for requesting medical record copies.

**NOTE:** Failure to complete each section of this form in its entirety *(including dates needed)* may significantly delay the processing of your request.

## Patient Information

Patient (Pt) Name: FRANKLIN Ollie M.
Last ___ First ___ Middle ___ Maiden (if applicable) ___    Gender: ☒ Male ☐ Female

Date of Birth: Nov. 5, 1961    Phone: (513) 737-1752

Name of Patient/Parent/Legal Guardian (LG) Completing Form: CHARLOTTE L. FRANKLIN

Patient/Parent/Legal Guardian Email Address: ___

Patient/Parent/Legal Guardian Address: 56 PROVIDENCE DR # FAIRFIELD, OH 45014

## Release To

Name: CHARLOTTE FRANKLIN    Organization (if applicable): ___

Street Address: 56 PROVIDENCE DR #5

City/State: FAIRFIELD, OHIO    Zip Code: 45014    Telephone: (513) 737-1752

**Information May Be Sent Via** *(Note: Radiology images can only be placed on CD and mailed or picked-up.)*
☐ US Mail  ☐ MyChart (released to Patient/Parent/Legal Guardian only)  ☒ Picked Up (Individual to Pick-up): CHARLOTTE L. FRANKLIN
☐ Reviewed in Health Information Management (HIM) (Appointment Necessary)

I would like copies provided in the following format: ☐ Paper- see fees on back of form  ☐ CD- cost not to exceed $50 plus shipping and handling.

☐ Verbal communication only between CCHMC care providers and person/entity named above. (HIM Department does not release PHI over the phone.)

## Purpose *(Optional for Pt/Parent/LG)*

Records are to be released for the following purpose(s): *(please select all that apply)*
☐ Medical Care, patient has an appointment on the following date: ASAP
☒ Attorney/Legal  ☐ Personal  ☐ Insurance  ☐ Disability/SSI  ☐ Education  ☐ Military  ☐ Other: ___

## Information to Release

➡ **Dates of Treatment Requested:** Last 2 years of active treatment will be provided unless specified. Dates: 11-5-61 - 1-1-89

☐ **Medical Record Abstract** – pertinent information generally used for continued care/personal use/disability. *(The following items are included in a Medical Record Abstract.)*

☐ Discharge Summary
☒ Emergency Department Record
☒ History & Physical
☐ Inpatient Consult Reports, Specify MD/Specialty: ___
☐ Outpatient Clinic Notes, Specify Clinic(s): ___
☒ Other Tests, please specify: Clinics

☐ Operative Reports
☐ Radiology Reports
☐ Lab Reports

**Other Information Requested:**
☐ Immunizations
☐ Radiology Images
☐ Registration Sheets
☐ Other: ___
☐ Other: ___

## Patient/Parent/Legal Guardian

Unless otherwise revoked, this Authorization will expire one (1) year from the date signed or, if specified on the following date (optional): ___ Unless otherwise noted, records documented after the signature date below will be released upon verbal or written request of the Patient/Parent/Legal Guardian for up to one year from the date of signature. This Authorization may be revoked at any time. However, the revocation will not apply to uses or disclosures occurring prior to our receipt of your revocation request. To revoke the Authorization the patient/parent/legal guardian must submit a revocation request in writing to the HIM department at the address below. If CCHMC requests this Authorization for its own use or disclosure, a copy of this Authorization must be provided. Please refer to the CCHMC Notice of Privacy Practices.

I, the undersigned, hereby authorize CCHMC to use and/or disclose information from the medical or financial record as specified above. This authorization includes the use and/or disclosure of information concerning HIV testing or treatment of AIDS or AIDS-related conditions, any drug or alcohol abuse, drug-related conditions, alcoholism, and/or psychiatric/psychological conditions to the above mentioned entity.

Signature of Patient: Charlotte Franklin    Date: ___
(if 18 years of age or older OR is an emancipated minor)

Signature of ☐ Parent ☐ Legal Guardian ☐ GAL/CASA: Charlotte Franklin    Date: 3-28-19
Note: If Legal Guardian, GAL/CASA is checked, documentation establishing relationship must be provided, or on record, in order to comply with this request.

## Submit

Verify that all sections are completed in full, signed and dated. Upon completion, please do one of the following:

**Mail the completed form via US Mail to:**
Cincinnati Children's Hospital Medical Center
3333 Burnet Avenue, ML 5015
Cincinnati, Ohio 45229-3039

**Fax the Form to:**
(513) 636-6729

**E-mail the Form to:**
him1@cchmc.org

Request Has Been Fulfilled: ☐ Yes, Name ___ Date ___ Page Count ___

M1000
HIC 01/17
Form F01a

*DTM1000*



*ROICOR*

# Uᴄ Health.

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION
### (RELEASE OF INFORMATION)

| Location | ☐ Daniel Drake Center for Post-Acute Care (DDC) | ☒ University of Cincinnati Medical Center (UCMC) | ☐ University of Cincinnati Physician Company (UCPC) | ☐ West Chester Hospital (WCH) |
|---|---|---|---|---|
| Mailing Address | | UC Health: Medical Records Services University of Cincinnati Medical Center 234 Goodman St.; ML0738 Cincinnati, OH 45219 | UCP/MRO – Suite 2830 Victory Parkway Cincinnati, Ohio 45206 | UC Health: Medical Records Services West Chester Hospital 7777 University Drive, Suite A West Chester, OH 45069 |
| Phone Number | | (513) 584-0444 | (513) 245-3711 | (513) 298-7750 |
| Fax Number | | (513) 584-0739 | (513) 245-3706 | (513) 298-7765 |

This request is to release medical records for the following:

Last Name _FRANKLIN_ First Name _OLLIE_ Middle _ANTHONY_ Date of Birth _11-5-1961_

Maiden Name _____ Last 4 of Social Security Number _9765_ Telephone Number _CONTACT_

Address (Street, City, State, ZIP Code) _353 HAMPSHIRE #B-17 HAMILTON,_ _513-737-1752_

_OH 45011_
*********************************************************************************

Medical records to be released FROM:

Name or Person or Organization _UNIVERSITY OF CINTI MED CENTER_

Address (Street, City, State, Zip Code) _234 GOODMAN ST CINTI, OH 45219_

Phone Number _513-584-0444_ Fax Number _513-584-0739_

Medical records to be released TO:

Name of Person or Organization: _CHARLOTTE FRANKLIN_

Address (Street, City, State, Zip Code) _56 PROVIDENCE DR #5 FAIRFIELD, OH 45014_

Recipient Phone #: _513-737-1752_ Recipient Fax #: _____
*********************************************************************************

Treatment Dates _NOV 1961 – JAN 1989_

**Purpose of Request** ☐ Self ☐ Continuity of Care/ For another ☐ Disability ☒ Legal ☐ Insurance

| The following information to be disclosed (please check): | ☒ Abstract | ☐ Radiology or x-ray reports |
|---|---|---|
| | ☐ Discharge Summary | ☐ Interdisciplinary records (progress notes) |
| | ☐ History and Physical examination | ☐ Medication lists and documentation |
| | ☐ Consultations, Including psychiatric evaluations | ☐ Nursing notes |
| | ☐ Operative report or procedure reports | ☐ Physician orders |
| | ☐ Emergency Department Record | ☐ Other _____ |
| | ☐ Laboratory reports, including drug screens | |
| Sensitive Information | I understand that the information in my records may include information relating to sexually transmitted diseases, Acquired Immunodeficiency Syndrome (AIDS) or Human Immunodeficiency Virus (HIV) infection. It may also include information about behavioral or mental health services or treatment for alcohol and drug abuse. | |
| Right to Revoke | I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing via mailing or faxing to one of the locations listed above. I understand that revocation will not apply to information that has already been released based on this authorization. | |
| Expiration | Unless otherwise revoked, this authorization will expire on the following date or when the following event or condition occurs: _____ If I do not specify an expiration date, event, or condition, this authorization will expire in 60 days. | |
| Redisclosure | I understand that any disclosure of information carries with it the potential for redisclosure and the information may not be protected by federal confidentiality rules. | |
| Other Rights | I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I do not need to sign this form to ensure treatment. Research participation requires a separate authorization by the patient. I understand that I may inspect or obtain a copy of the information to be used or disclosed. If I have any questions about disclosure of my health information, I can contact the Health Information Management (HIM) Department by calling the number listed above. | |

Print Name: _CHARLOTTE DANIELS FRANKLIN_ Date: _2-28-19_ Time: _4:11 Pm_

Signature of Patient or Legal Representative *: _Charlotte D. Franklin_

**If Signed by Legal Representative, relationship to patient** _____

Legal representative must provide a copy of guardianship, Executor of Estate, or Power of Attorney (POA) documents

**Office Use Only:** Received by: _____ Medical Record number: _____ Date Received: _____

**Copy to individual**

UCH-ROI-01, Rev. 5/

SIGNATURE AND THE SEAL OF THE DEPARTMENT

*John H. Conner* CHIEF
DIVISION OF VITAL STATISTICS

MAY 3 1989

074161

# OHIO DEPARTMENT OF HEALTH
## DIVISION OF VITAL STATISTICS
### CERTIFICATE OF LIVE BIRTH

1261–52a
Registrar's No. 6993

Reg. Dist. No. **494**
Primary Reg. Dist. No. **8227**

Birth No. 134 - **B-3423**

| 1. PLACE OF BIRTH a. COUNTY  Hamilton | 2. USUAL RESIDENCE OF MOTHER (Where does mother live?) a. STATE  Ohio   b. COUNTY  Hamilton |
|---|---|
| b. CITY (If outside corporate limits, write RURAL and give township) OR VILLAGE  Cincinnati | c. CITY (If outside corporate limits, write RURAL and give township) OR VILLAGE  Cincinnati |
| c. FULL NAME OF (If NOT in hospital or institution, give street address or location) HOSPITAL OR INSTITUTION  General Hospital | d. STREET (If rural, give location) ADDRESS  1512 Central Ave. |

| 3. CHILD'S NAME (TYPE OR PRINT) | a. (First) Charlotte | b. (Middle) Leeverne | c. (Last) Daniels |
|---|---|---|---|

| 4. SEX Female | 5a. THIS BIRTH Single [X] Twin [ ] Triplet [ ] | 5b. IF TWIN OR TRIPLET (This child born) 1st [ ] 2nd [ ] 3rd [ ] | 6. DATE OF BIRTH (Month) August (Day) 30 (Year) 1941 |
|---|---|---|---|

## FATHER OF CHILD

| 7. FULL NAME a. (First) Wilbur | b. (Middle) | c. (Last) Daniels | 8. COLOR OR RACE Negro |
|---|---|---|---|
| 9. AGE (At time of this birth) 19 YEARS | 10. BIRTHPLACE (State or foreign country) Cincinnati, Ohio | 11a. USUAL OCCUPATION Rug Cleaner | 11b. KIND OF BUSINESS OR INDUSTRY Nat'l. Rug & Car |

## MOTHER OF CHILD

| 12. FULL MAIDEN NAME a. (First) Ernestine | b. (Middle) | c. (Last) Tyndale | 13. COLOR OR RACE Negro |
|---|---|---|---|

| 14. AGE (At time of this birth) 13 YEARS | 15. BIRTHPLACE (State or foreign country) Cincinnati, Ohio | 16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER (Do NOT include this child) | | |
|---|---|---|---|---|
| | | a. How many OTHER children are now living? 0 | b. How many OTHER children were born alive but are now dead? 0 | c. How many children were stillborn (born dead after 18 weeks pregnancy?) 0 |

| 17. INFORMANT'S NAME OR SIGNATURE  Wilbur Daniels | | | |
|---|---|---|---|

| I hereby certify that this child was born alive on the date above stated at 4:08 a. | 18a. SIGNATURE  William G. Ahlering | 18b. SPECIFY IF M. D., D. O., OR OTHER  MD |
|---|---|---|
| | 18c. ADDRESS | 18d. DATE SIGNED |



CHARLOTTE L FRANKLIN
56 PROVIDENCE DR APT 5
FAIRFIELD OH 45014-7577

Date *March 22/9*

PAY TO THE
ORDER OF *Social Security* $ 31 00

*Thirty One* 00 Dollars

**US bank.**

Memo *God Bless*

⑆04200001⑆: 130123279627⑈ 64

**RECEIVED**

MAR 2 2 2019

**HAMILTON** OH 399

*Social Security*

*Mr. B. Love*

*Sept 12, 2007*

*2:45 PM*

*Garrett Mc...land*
$ *check back*
*Johnson Ms. spoke*
*to her 4-19-19 - saying*
$31.00 *check will be sent back*
*today - will check to see*

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Important Information

SOCIAL SECURITY
6553 WINFORD AVENUE
HAMILTON, OH 45011-0548
Date: April 26, 2019
BNC#: 19D1504C69544
CYB

CHARLOTTE L FRANKLIN
56 PROVIDENCE DR
APT 5
FAIRFIELD, OH 45014-7577

Dear CHARLOTTE L FRANKLIN

We are returning to you your check dated March 22, 2019 with no check number for $31 for your records. We received your check for $24 and processed it with receipt number 19099399005.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

If you have any questions, you should call, write or visit any Social Security office. If you call or visit our office, please have this letter with you and ask for C. Barnett. The telephone number is 888-862-3585. We can answer most questions over the phone.

Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

*Social Security Administration*



# SOCIAL SECURITY

Refer to: S2RB413/60
S9H: AV4376

September 10, 2019

CHARLOTTE FRANKLIN
56 PROVIDENCE DR APT 5
FAIRFIELD OH 45014

Re: Fannie L. Tyndale
    SSN: Unknow

Dear Ms. Franklin:

We have searched our records with the information you provided and are unable to locate any records for this individual. It is possible that she never applied for a Social Security number or provided different information at the time she applied for a number.

If you can provide additional information, such as date and place of birth, father's name and mother's name (including her maiden name), we can search our records at no additional cost. Please send additional information to the FOIA Liaison or to the Executive Director for the Office of Privacy and Disclosure (contact information provided below). Please be sure to include the case tracking number when you submit the additional information.

Thank you for your payment to cover the cost of searching our records.

If you have questions, or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965-1727, by choosing Option 2; or facsimile at 410-966-0869.

You may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration for dispute resolution services. OGIS is an entity outside of the Social Security Administration that offers mediation services to resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road – OGIS, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769.

If you disagree with this decision, you may file a written appeal with the Executive Director for the Office of Privacy and Disclosure, Social Security Administration, G-401 WHR, 6401

the morning of Aug. 27 1975
a China Doctor called my
home saying my grand mother
pass away of cancer, but
that what the death record
say. Their also was a
insurance policey left to me
$500.00 from my grand father,
left Inter Ocean Ins.
I never received, I called
Columbus Ohio Insurance,
the white lady there is no
record of the Insurance Co
and had a white man come
to Rev. Jos. P. Harr —
Funeral home and couldn't
find no records.

permission. My grandfather and I went to Drake Hospital to visit my grandmother on Aug. 26, 1998, and a white social worker stopped us in the hallway of Drake and asked who we were and I told her. He our family members said we were crazy and not permitted to see her and we had to leave.

Even where at Providence Hospital, Dr. Mary Martin told her staff to call security and her me removed from the hospital and to ever enter again.

Ohio Department of Health
Vital Statistics
Death Records

So. R. Norr - took my
Grand fathers mustach off
his remends Born 5-12-1898
Died 5-15-197-

University Hospital amputated
my grand fathers legs were a
family member sean without
my permission, were you some
kides employees had me
detain and hostage
from Columbus Ohio -
had my grandmother place in
Christian Care Nursing home
they release her to Drake
Hospital without my

\*\*\*   REC 2019099   164612 HB1EB781 A$=R   CIPDMA2     PDM2     (F-A$= )   \*\*\*

Social Security Administration
SOCIAL SECURITY
6553 WINFORD AVENUE
HAMILTON OH 45011-0548

Date:

CHARLOTTE L. FRANKLIN
56 PROVIDENCE DR
APT 5
FAIRFIELD, OH 45014

his is a receipt for the payment
s proof that you made this paymen

erson Making the Payment:   CHARLO
ou Made This
ayment For                 :   CHARLO
ccount Number              :   XXX-XX
mount of Payment           :   $24.00
eason for Payment          :   To Rep
ype of Payment             :   Check
ate of Check/Money Order:   MARCH
heck/Money Order Number :   64

hank you for your payment.

CHARLOTTE L FRANKLIN
56 PROVIDENCE DR APT 5
FAIRFIELD OH 45014-7577

PAY TO THE
ORDER OF

us bank

Memo

⑈04 2000013⑈ 1301232 7962
LOOK FOR FRAUD-DETERRING FEATURES INCLUDING THE SECURIT


*ROICOR*

# UC Health.

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION
### (RELEASE OF INFORMATION)

| Location | [X] Daniel Drake Center for Post-Acute Care (DDC) | [ ] University of Cincinnati Medical Center (UCMC) | [ ] University of Cincinnati Physician Company (UCPC) | [ ] West Chester Hospital (WCH) |
|---|---|---|---|---|
| Mailing Address | UC Health: Medical Records Services University of Cincinnati Medical Center 234 Goodman St.; ML0738 Cincinnati, OH 45219 | | UCP/MRO – Suite 2830 Victory Parkway Cincinnati, Ohio 45206 | UC Health: Medical Records Services West Chester Hospital 7777 University Drive, Suite A West Chester, OH 45069 |
| Phone Number | (513) 584-0444 | | (513) 245-3711 | (513) 298-7750 |
| Fax Number | (513) 584-0739 | | (513) 245-3706 | (513) 298-7765 |

This request is to release medical records for the following:
Last Name **TYNDALE** First Name **FANNIE** Middle **L** Date of Birth **10-19-86**
Maiden Name **JACKSON** Last 4 of Social Security Number **7065** Telephone Number **Contact**
Address (Street, City, State, ZIP Code) **4252 POWERS ST CINTI OH 45223 (Granddaughter) 513-737-1752**
*******************************************************************************************************

Medical records to be released **FROM:**
Name or Person or Organization **DANIEL DRAKE CENTER/MEDICAL RECORDS SER. UC MED CENTER**
Address (Street, City, State, ZIP Code) **234 GOODMAN ST CINTI, OH 45219**
Phone Number **513-584-0444** Fax Number **513-584-0739**

Medical records to be released **TO:**
Name of Person or Organization: **CHARLOTTE L. FRANKLIN**
Address (Street, City, State, ZIP Code) **56 PROVIDENCE DR. #5 FAIRFIELD, OH 45014**
Recipient Phone #: **513-737-1752** Recipient Fax #:
*******************************************************************************************************

Treatment Dates **AUGUST 1975**

**Purpose of Request** [ ] Self [ ] Continuity of Care/ For another [ ] Disability [X] Legal [ ] Insurance

| The following information to be disclosed (please check): | [X] Abstract | [ ] Radiology or x-ray reports |
|---|---|---|
| | [ ] Discharge Summary | [ ] Interdisciplinary records (progress notes) |
| | [ ] History and Physical examination | [ ] Medication lists and documentation |
| | [ ] Consultations, including psychiatric evaluations | [ ] Nursing notes |
| | [ ] Operative report or procedure reports | [ ] Physician orders |
| | [ ] Emergency Department Record | [ ] Other _____ |
| | [ ] Laboratory reports, including drug screens | |
| Sensitive Information | I understand that the information in my records may include information relating to sexually transmitted diseases, Acquired Immunodeficiency Syndrome (AIDS) or Human Immunodeficiency Virus (HIV) infection. It may also include information about behavioral or mental health services or treatment for alcohol and drug abuse. | |
| Right to Revoke | I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing via mailing or faxing to one of the locations listed above. I understand that revocation will not apply to information that has already been released based on this authorization. | |
| Expiration | Unless otherwise revoked, this authorization will expire on the following date or when the following event or condition occurs: If I do not specify an expiration date, event, or condition, this authorization will expire in 60 days. | |
| Redisclosure | I understand that any disclosure of information carries with it the potential for redisclosure and the information may not be protected by federal confidentiality rules. | |
| Other Rights | I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I do not need to sign this form to ensure treatment. Research participation requires a separate authorization by the patient. I understand that I may inspect or obtain a copy of the information to be used or disclosed. If I have any questions about disclosure of my health information, I can contact the Health Information Management (HIM) Department by calling the number listed above. | |

Print Name: **CHARLOTTE L. DANIELS FRANKLIN** Date: _____ Time: _____
Signature of Patient or Legal Representative *: *Charlotte L. Franklin Daniels*

If Signed by Legal Representative, relationship to patient _____
Legal representative must provide a copy of guardianship, Executor of Estate, or Power of Attorney (POA) documents

**Office Use Only:** Received by: _____ Medical Record number: _____ Date Received: _____
Copy to individual

UCH-ROI-01, Rev. 5/18

MEDICAL BOARD
APR 1 2 2019

Charlotte Franklin
56 Providence Dr. Apt. 5
Fairfield, OH 45014-7577

FCM FELLER
FAIRFIELD, OH
45014
MAR 28 19
AMOUNT
**$2.95**
R2305M147328-32

1606

43215

USA FOREVER    USA FOREVER

7018 3090 0001 1634 9804

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE
CERTIFIED MAIL

7018 3090 0001 1634 9804

Assistant Chemist
Ohio State Medical Board
30 E. Broad St.
3 floor
Columbus, Ohio

MEDICAL BOARD
APR 1 2 2019

Social Security Administration

**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. (*Signifies a required field. **Please complete these fields in case we need to contact you about the consent form).

TO: **Social Security Administration**

| Fannie L Tyndale | 10-19-1886 | |
|---|---|---|
| *My Full Name | *My Date of Birth (MM/DD/YYYY) | *My Social Security Number |

I authorize the Social Security Administration to release information or records about me to:

| *NAME OF PERSON OR ORGANIZATION: | *ADDRESS OF PERSON OR ORGANIZATION: |
|---|---|
| Charlotte Franklin | 56 Providence Dr. #5 |

*I want this information released because: Legal Matter
We may charge a fee to release information for non-program purposes.

*Please release the following information selected from the list below:
   Check at least one box. We will not disclose records unless you include date ranges where applicable.

1. [X] Verification of Social Security Number
2. [ ] Current monthly Social Security benefit amount
3. [X] Current monthly Supplemental Security Income payment amount
4. [ ] My benefit or payment amounts from date _____ to date _____
5. [ ] My Medicare entitlement from date _____ to date _____
6. [ ] Medical records from my claims folder(s) from date_____ to date_____
       If you want us to release a minor child's medical records, do not use this form. Instead, contact your local Social Security office.
7. [ ] Complete medical records from my claims folder(s)
8. [ ] Other record(s) from my file (We will not honor a request for "any and all records" or "the entire file." You must specify other records; e.g., consultative exams, award/denial notices, benefit applications, appeals, questionnaires, doctor reports, determinations.)

**RECEIVED**

**MAR 2 2 2019**

**HAMILTON OH 399**

I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004) that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.

*Signature: Charlotte Franklin                *Date: March 22,19

**Address: 56 Providence Dr. #5               **Daytime Phone: 513-737-1752

Relationship (if not the subject of the record): Granddaughter     **Daytime Phone: _____

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| | |
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

Form SSA-3288 (11-2016) uf

Social is involved disclosing my grand mother S.S. members. The Providence Hospital involved Dr. Mary Martin Doctor perform bone surgery on my grand mother without my permission. Employee Ms. Grace Nelson tried to help but the hospital got rid of her. Dr. Mary Martin. For some reason everyone wasto use my grand fathers S.S.# which was 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. Dr. S. Harr also involved SpringGrove cemetary also. Ohio State Board Medical of Columbus Ohio University Hospital also, Cincinnati. Metro as well. Social Security Admin.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern     Ohio

Sis. CHARLOTTE L. FRANKLIN
SAMUELS

_____
*Plaintiff(s)*

Congressman v. STEVE CHABOT
- ET AL

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CONGRESSMAN STEVE CHABOT
550 MAIN ST.
CINCINNATI, OHIO 45202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sis. CHARLOTTE L. FRANKLIN - SAMUELS
9982 ARBORWOOD DR. #305
Cincinnati, OHIO 45251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*



*ROICOR*

# UC Health.

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION
### (RELEASE OF INFORMATION)

| Location | ☐ Daniel Drake Center for Post-Acute Care (DDC) | ☐ University of Cincinnati Medical Center (UCMC) | ☒ University of Cincinnati Physician Company (UCPC) | ☐ West Chester Hospital (WCH) |
|---|---|---|---|---|
| Mailing Address | UC Health: Medical Records Services University of Cincinnati Medical Center 234 Goodman St.; ML0738 Cincinnati, OH 45219 | | UCP/MRO – Suite 2830 Victory Parkway Cincinnati, Ohio 45206 | UC Health: Medical Records Services West Chester Hospital 7777 University Drive, Suite A West Chester, OH 45069 |
| Phone Number | (513) 584-0444 | | (513) 245-3711 | (513) 298-7750 |
| Fax Number | (513) 584-0739 | | (513) 245-3706 | (513) 298-7765 |

This request is to release medical records for the following:

Last Name _TYNDALE_ First Name _ERNEST_ Middle _E_ Date of Birth _5-12-1895_

Maiden Name _____ Last 4 of Social Security Number _____ Telephone Number _CONTACT_ _GRANDDAUGHTER_

Address (Street, City, State, ZIP Code) _1625 POWERS ST CINTI, OH 45223_  _513-737-A_

_1752_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Medical records to be released **FROM**:

Name or Person or Organization _UNIVERSITY PHYSICIAN COMPANY_

Address (Street, City, State, Zip Code) _2830 VICTORY PARKWAY CINTI, OHIO 45206_

Phone Number _513-245-3711_ Fax Number _513-245-3706_

Medical records to be released **TO**:

Name of Person or Organization: _CHARLOTTE FRANKLIN_

Address (Street, City, State, Zip Code) _56 PROVIDENCE DR #5 FAIRFIELD, OH 45014_

Recipient Phone #: _513-737-1752_ Recipient Fax #: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Treatment Dates _JAN 1965 - JUNE 1977_

**Purpose of Request**  ☐ Self  ☐ Continuity of Care/ For another  ☐ Disability  ☒ Legal  ☐ Insurance

| The following information to be disclosed (please check): | ☒ Abstract | ☐ Radiology or x-ray reports |
|---|---|---|
| | ☐ Discharge Summary | ☐ Interdisciplinary records (progress notes) |
| | ☐ History and Physical examination | ☐ Medication lists and documentation |
| | ☐ Consultations, Including psychiatric evaluations | ☐ Nursing notes |
| | ☐ Operative report or procedure reports | ☐ Physician orders |
| | ☐ Emergency Department Record | ☐ Other |
| | ☐ Laboratory reports, including drug screens | |

| Sensitive Information | I understand that the information in my records may include information relating to sexually transmitted diseases, Acquired Immunodeficiency Syndrome (AIDS) or Human Immunodeficiency Virus (HIV) infection. It may also include information about behavioral or mental health services or treatment for alcohol and drug abuse. |
|---|---|
| Right to Revoke | I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing via mailing or faxing to one of the locations listed above. I understand that revocation will not apply to information that has already been released based on this authorization. |
| Expiration | Unless otherwise revoked, this authorization will expire on the following date or when the following event or condition occurs: _____ If I do not specify an expiration date, event, or condition, this authorization will expire in 60 days. |
| Redisclosure | I understand that any disclosure of information carries with it the potential for redisclosure and the information may not be protected by federal confidentiality rules. |
| Other Rights | I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I do not need to sign this form to ensure treatment. Research participation requires a separate authorization by the patient. I understand that I may inspect or obtain a copy of the information to be used or disclosed. If I have any questions about disclosure of my health information, I can contact the Health Information Management (HIM) Department by calling the number listed above. |

Print Name: _CHARLOTTE L. DANIELS FRANKLIN_ Date: _____ Time: _____

Signature of Patient or Legal Representative *: _Charlotte L. Franklin_

**If Signed by Legal Representative, relationship to patient** _____

Legal representative must provide a copy of guardianship, Executor of Estate, or Power of Attorney (POA) documents

Office Use Only: Received by: _____ Medical Record number: _____ Date Received: _____

Copy to individual

UCH-ROI-01, Rev. 5/18

to this day. I've tried even
more to battle false and
death information.

Even United States Senator
Aug. 28, 2007
George V. Voinovich
tried to help, they got red flies
that was not my son in the
casket.

Then went before Judge Sellers
on July 22, 2010 thru the
Hamilton County Clerk of Courts
for my daughter Paulette Tallac
case # 25026 9
against Mercy West Hospital
3300 Mercy Health Blvd
Cincinnati Ohio 45211
on I.C.U.

Reg. Dist. No. **3101**

Primary Reg. Dist. No.

St. File No.

Registrar's No. **5328**

# OHIO DEPARTMENT OF HEALTH
## DIVISION OF VITAL STATISTICS
### CERTIFICATE OF DEATH

| DECEASED—NAME *First* | *Middle* | *Last* | SEX | DATE OF DEATH *(Month, Day, Year)* |
|---|---|---|---|---|
| 1. FANNIE | TYNDALE | | 2. FEMALE | AUGUST 27, 1975 |

| RACE *White, negro, american indian, etc. (Specify)* | AGE— *Last birthday (years)* | UNDER 1 YEAR Mos. Days. | UNDER 1 DAY Hours Min. | DATE OF BIRTH *(Month, Day, Year)* | COUNTY OF DEATH |
|---|---|---|---|---|---|
| 4. NEGRO | 5a. 80 | 5b. | 5c. | 6. 10/19/86 | 7a. HAMILTON |

| CITY, VILLAGE, OR LOCATION OF DEATH | INSIDE CITY LIMITS *(Specify yes or no)* | HOSPITAL OR OTHER INSTITUTION—NAME *(If not in either, give street and number)* |
|---|---|---|
| 7b. CINCINNATI | 7c. YES | 7d. DRAKE MEMORAIL HOSPITAL |

| STATE OF BIRTH *(If not in U.S.A., name country)* | CITIZEN OF WHAT COUNTRY | MARRIED, NEVER MARRIED, WIDOWED, DIVORCED *(Specify)* | SURVIVING SPOUSE *(If wife, give maiden name)* |
|---|---|---|---|
| 8. WASHINGTON, GEORGIA | 9. U.S.A. | 10. MARRIED | 11. ERNEST TYNDALE |

| SOCIAL SECURITY NUMBER | WAS DECEASED EVER IN U. S. ARMED FORCES? *(Yes, no, or unknown)* *(If yes, give dates of service)* |
|---|---|
| 12a. | 12b. NO |

| USUAL OCCUPATION *(Give kind of work done during most of working life, even if retired)* | KIND OF BUSINESS OR INDUSTRY |
|---|---|
| 13a. DOMESTIC | 13b. HOUSEHOLD |

| RESIDENCE—STATE | COUNTY | CITY, VILLAGE OR LOCATION | INSIDE CITY LIMITS *(Specify yes or no)* | STREET AND NUMBER |
|---|---|---|---|---|
| 14a. OHIO | 14b. HAMILTON | 14c. CINCINNATI | 14d. YES | 4625 POWERS STREET |

| FATHER—NAME *First* | *Middle* | *Last* | MOTHER—MAIDEN NAME *First* | *Middle* | *Last* |
|---|---|---|---|---|---|
| 15. ELSIA JACKSON | | | 16. LOVE, HATTIE JACKSON | | |

| INFORMANT—NAME | MAILING ADDRESS *(Street or R.F.D., city or village, state, zip)* |
|---|---|
| 17a. ERNESTINE DANIELS | 17b. 1627 POWERS STREET, CINCINNATI, OHIO |

## PART I    DEATH WAS CAUSED BY: ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c)

| | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| IMMEDIATE CAUSE | (a) Sepsis and infected decubiti | |
| *Conditions, if any, which gave rise to immediate cause (a) stating the underlying cause last.* DUE TO, OR AS A CONSEQUENCE OF | (b) Multiple cerebral and cerebellar infarcts | |
| DUE TO, OR AS A CONSEQUENCE OF | (c) Arteriosclerotic cerebrovascular disease | |

| PART II. OTHER SIGNIFICANT CONDITIONS *(Conditions contributing to death but not related to cause given in part I)* | AUTOPSY *(Yes or no)* | IF YES were findings considered in determining cause of death? |
|---|---|---|
| 18. | 19a. Yes | 19b. Yes |

| ACCIDENT, SUICIDE, HOMICIDE, OR UNDETERMINED *(Specify)* | DATE OF INJURY *(Month, Day, Year)* | HOUR | HOW INJURY OCCURRED *(Enter nature of injury in part I or part II, item 18)* |
|---|---|---|---|
| 20a. | 20b. | 20c. M 20d. | |

| INJURY AT WORK *(Specify yes or no)* | PLACE OF INJURY *At home, farm, street, factory, office bldg., etc. (Specify)* | LOCATION *(Street or R.F.D., no., city or village, state, zip)* |
|---|---|---|
| 20e. | 20f. | 20g. |

| CERTIFICATION— PHYSICIAN | *Month Day Year* I ATTENDED THE | *Month Day Year* TO | AND LAST SAW HIM/HER ALIVE ON *Month Day Year* | I DID/DID NOT VIEW THE BODY AFTER DEATH | DEATH OCCURRED *(HOUR)* | *At the place, on the date, and, to the best of my knowledge, due to the cause(s) stated.* |
|---|---|---|---|---|---|---|
| 21a. DECEASED FROM | | 21b. | 21c. | 21d. | 21e. M | |

| CERTIFICATION—CORONER: *On the basis of the examination and/or the investigation, in my opinion, death occurred on the date and due to the cause(s) stated.* | Hour of death | The decedent was pronounced dead *Month Day Year* | Hour |
|---|---|---|---|
| 22a. August 27, 1975 | 6:45 A.M. | 22b. August 27, 1975 | 6:45 A.M. |

| CERTIFIER—NAME *(Type or print)* | SIGNATURE | Degree or title | DATE SIGNED |
|---|---|---|---|
| 23a. Frank P. Cleveland, M.D. | 23b. Frank P. Cleveland | M.D. Coroner | 23c. Sept. 5, 1975 |

| MAILING ADDRESS—CERTIFIER *(Specify)* | STREET OR R.F.D. NO. | CITY OR VILLAGE | STATE | ZIP |
|---|---|---|---|---|
| 23d. | 3159 Eden Avenue, | Cincinnati, Ohio | | 45219 |

| BURIAL, CREMATION *(Specify)* | DATE | NAME OF CEMETERY OR CREMATORY | LOCATION *(City, village, or county)* *(State)* |
|---|---|---|---|
| 24a. BURIAL | 24b. 8/30/75 | 24c. SPRING GROVE | 24d. CINCINNATI, OHIO |

| NAME OF EMBALMER | *(LIC. NO.)* | FUNERAL DIRECTOR'S SIGNATURE | *(LIC. NO.)* |
|---|---|---|---|
| 25. JOSEPH R. CARR | 6502 | | |

POWER
OF
ATTORNEY
BOOK

$\frac{43}{244}$ (FILM)

PAGE

Hamilton County Ohio

A2202656

A2202656

Case Number

As of this day, July 22, 2022
of sound mind and body. Wishing to
sue Mercy West Hospital
3300 Mercy Health Blvd.
Cincinnati, Ohio 45211
% I.C.U.

Rev. Charlotte Franklin
Plaintiff

On Friday July 15, 2022 my Grand-
son, Wendell Franklin Jr. at 6:58 Pm
to inform me that my daughter,
Paulette Kelley was in I.C.U. and
that some family members wouldn't
give him any information why he
didn't know. His number is: 513-953-3387.
Jesus didn't tell me to go to the
hospital until 300 Am, July 18, 2022.
I went and found my daughter with
all kinds of I.V.S. running through her
I asked if any one was in the building
several times finally the young black
gentleman came out of the room she
was in.

COMMON PLEAS COURT
HAMILTON COUNTY, OHIO   **A 2 2 0 2 6 5 6**

Res. Charlotte L. Franklin
9982 Arborwood Dr.
Cinti Oh. 45251

CASE NO. _____

-VS-

MEDICAL MALPRACTICE
TYPE OF FILING OR ENTRY

Mercy West Hospital
3300 Mercy Health Blvd.
Cinti Ohio 45211

COPY FILED
CLERK OF COURTS
HAMILTON COUNTY

JUL 2 2 2022

COMMON PLEAS COURTS

NAME

PHONE NUMBER

ADDRESS

S/Civil Filing Form – No Attorney

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ⌇    ☐ Agent
         ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

⌇          3/8

1. Article Addressed to:

    CVI 2000600
    U.S. BANK\
    219 HIGH ST
    HAMILTON, OH 45011

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:  ☐ No

    BUTLER COUNTY
    AREA II COURT

    MAR 1 8 2022

    FILED

**9290 9901 9425 4703 9429 48**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

   9214 7103 8111 6200 1242

PS Form **3811**, (facsimile) July, 2015            Domestic Return Receipt



ENTERED

JUL 1 9 1976

IMAGE No. 6

IN THE COURT OF COMMON PLEAS
PROBATE DIVISION
HAMILTON COUNTY, OHIO

In re: Guardianship of )
) NO. 745324
)
ERNEST TYNDALE, Incompetent ) ENTRY DENYING APPLICATION FOR APPOINT-
MENT OF GUARDIAN

It appearing that an application for appointment of guardian in the within cause was filed on July 30, 1974, and proceedings are still incomplete;

It is, therefore, ordered that said application for appointment of guardian is hereby denied.

ENTER

_____
JUDGE
COURT COMMON PLEAS, PROBATE DIVISION

## POWER OF ATTORNEY

Gen. Ind. 8th Ser. B'k

JAN-16 ... 02428 — HSC — L 5.00

KNOW ALL MEN BY THESE PRESENTS,

R 2941

That I, ERNEST TYNDALE, do hereby make, constitute and appoint CHARLOTTE FRANKLIN, my true and lawful attorney in fact, for me and in my name, place and stead, and to my use, to demand, institute legal proceedings for, recover, collect and receive any and all manner of goods, chattels, debts, claims, demands, choses in action, duties, rents, sum and sums of money, whatsoever, due or hereafter to become due and owing or belonging to me or on any account whatsoever, by any person or persons whomsoever, and upon receipt of the same, or any part or parts thereof, to make, execute and deliver all proper receipts, releases or other discharges of and for the same, under seal or otherwise:

To compound, compromise, settle and adjust all claims and demands, whatsoever, due or hereafter to become due or owing or belonging to me, or which I may now or hereafter owe or be liable for, and to execute and deliver, or to receive, all proper receipts, and releases or discharges therefor:

To grant extensions of time for the payment of any debts, claims or demands, due or hereafter to become due or owing to me, for such periods and on such terms as my said attorney shall deem best, with or without security:

To sign, execute, deliver, pay and perform all checks, drafts, agreements, contracts and all other instruments in writing of whatever nature as my said attorney shall deem fit:

To pay, at any time, and from time to time, any and all debts, claims and demands, incurred by me or by my said attorney for me, or for which I may be liable, and irrespective of whether the same be evidenced by a note, draft or other written instrument.

To sign, indorse, execute and deliver, and renew, any and all checks, promissory notes, bonds, bills of exchange, trade acceptances, or other evidences of indebtedness, and to waive notice of demand and protest thereon, and upon any and all promissory notes, bonds, checks,

-4-

general benefit and well being.

Giving and granting unto my said attorney full power and authority to do and perform all and every act and thing whatsoever, requisite, necessary and proper to be done in and about the premises, as fully, to all intents and purposes, as I might or could do, if personally present, with full power of substitution and revocation, hereby ratifying and confirming all that my said attorney, or her substitute, shall lawfully do, or cause to be done, by virtue hereof.

IN WITNESS WHEREOF, I have hereunto set my hand this 16th day of January, 1975.

_Robert C. Porter_      _Ernest Tyndale_
                                        Ernest Tyndale
_Laura A. Reidel_
     Witnesses

STATE OF OHIO, HAMILTON COUNTY, ss.

Before me, a Notary Public, in and for said county, personally appeared the above named Ernest Tyndale, who acknowledged that he did sign the foregoing instrument and that the same is his free act and deed.

In Testimony Whereof, I have hereunto subscribed my name and affixed my official seal at Cincinnati, Ohio, this 16th day of January, 1975.

_Robert C. Porter_
                         Notary Public

This instrument prepared by:
Porter & McKinney
Attorneys at Law
2012 Central Trust Tower
Cincinnati, Ohio 45202

RECEIVED FOR RECORD
JUDSON HOY, RECORDER
HAMILTON COUNTY, OHIO
JAN 17 AM 9:45
BOOK 43 PG 247

RECORDED
NO. _____ PG _____ BK

Cincinnati, Ohio 45202
I received this summons on   July 30th
19` 74 , at11:28o'clock A M. and made personal
service of it upon  Ernst Tyndale, 79 Incompetent and
James Ludden, Administrator and custodian of
 Ernest Tyndale, 79 Incompetent at Cincinnati General Hospital

by locating  each  and tendering a copy summons
and accompanying documents, on  July 31st
19 74  By and through  J. SHEARER       my duly
authorized and acting Deputy Sheriff.

Cincinnati, Ohio 45202
I received this summons on    July 30th
19 74 , at11:28o'clock A M. and made personal
service of it upon  Fannie Tyndale, 75 incompetent and
 Charlotte L. Franklin, custodian of Fannie Tyndale, 75
 incompetent.

by locating  each  and tendering a copy summons
and accompanying documents, on   July 31st
19 74  By and through   J. CLARKE       my duly
authorized and acting Deputy Sheriff.

Cincinnati, Ohio 45202
I received this writ on  July·30th
1974  , at11:28  o'clock and made residence
service of it upon defendant
 Ernestine Daniels

by leaving, at   her  usual place of
residence with  Annete Franklin, Grand Daughter
a person of suitable age and discretion then
residing therein, a copy of the writ, a copy
of the complaint and accompanying documents
on   July 31st    197 4  By and through
 G. C. HORN  my duly authorized and
acting Deputy Sheriff.

SHERIFF FEES              PAUL J. FRICKER, SHERIFF
  ====                    Hamilton, County, Ohio
Return    5.00
Milage    9.05            By  _____
Total     14.05                     Deputy

ENTERED

JUL 19 1976.

IMAGE No. _____ 6

IN THE COURT OF COMMON PLEAS
PROBATE DIVISION
HAMILTON COUNTY, OHIO

In re: Guardianship of      )
                              )
                              )
ERNEST TYNDALE, Incompetent    )

NO. 7 4 5 3 2 4

ENTRY DENYING APPLICATION FOR APPOINT-
MENT OF GUARDIAN

It appearing that an application for appointment of guardian in the within cause was filed on July 30, 1974, and proceedings are still incomplete;

It is, therefore, ordered that said application for appointment of guardian is hereby denied.

ENTER

JUDGE
COURT COMMON PLEAS, PROBATE DIVISION

No. 745324

To the Honorable Judge of the Court Of Common Pleas, Probate Division, Hamilton County, Ohio:

IN THE MATTER OF

ERNEST TYNDALE

_____
Incompetent.

**APPLICATION FOR ADJUDICATION**

**AND**

**APPOINTMENT OF GUARDIAN**

Now comes _____ CHARLOTTE FRANKLIN

and represents to the Court that ERNEST TYNDALE,

79 years of age, residing at 1625 POWERS STREET ( General Hospital )

CINCINNATI , Hamilton County, Ohio, is incompetent by reason of

PHYSICAL DISABILITY

and is incapable of taking proper care of h IS self or of h IS property, and that it is necessary to have a

Guardian of h IS person and estate appointed.

That h IS whole estate consists of the following:

Personal property of the probable value of ................... $ 1,000 00

Real estate of the probable value of ............................. $ _____ MONTHLY SOCIAL SECURITY

Probable annual Rents ................................................. $ _____

That the following are all of h IS next of kin:

| NAME | RELATIONSHIP | AGE | RESIDENCE |
|------|--------------|-----|-----------|
| | Spouse | | |
| FANNIE TYNDALE | | 75 | 1625 POWERS ST. |
| ERNESTINE DANIELS | DAUGHTER | 46 | 1623 POWERS ST. |

Wherefor, your applicant prays the Court to fix a time for a hearing on this application and for an adjudication and that notice issue to said incompetent and said next of kin as provided by law, and that upon the hearing and adjudication

or some suitable person be appointed by this Court as Guardian of the person and estate of said incompetent, if found necessary.

Charlotte D. Fu...
_____
Applicant.

1030 Wellspring Dr.
Applicant's Residence.

35 EAST SEVENTH ST.
Attorney's Address.    45202

Webster W. Tracy
_____
Applicant's Attorney.

STATE OF OHIO, HAMILTON COUNTY, ss.

_____ CHARLOTTE FRANKLIN _____, being duly sworn, says that ___s__ he_____ is/are the applicant_____ in the foregoing application, and that the statements therein contained are true as _____s__ he_____ verily believes, and that ____s___ he____ , if appointed, will faithfully and honestly discharge the duties devolving upon _____ HER _____ as Guardian of the person and estate of the above named incompetent as required by law.

Sworn to before me and subscribed in my presence this 30th day of ____July___ , 19__.

MELVIN G. RUEGER
Judge

By _____
Deputy Clerk.

Do not use following unless directed by Court.

Now comes_____ and states that if upon adjudication _____ is found to be incompetent, _____ he_____ prays the Court to be appointed Guardian of the person and estate of said incompetent and excepting the allegation of incompetence, joins as a party to the foregoing application.

STATE OF OHIO, HAMILTON COUNTY, ss.

_____ being duly sworn, says that the statements in the foregoing application are true as _____ he____ verily believes that _____ he____ , if appointed will discharge the duties devolving upon _____ as Guardian of the person and estate of the above named incompetent as required by law.

Sworn to before me and subscribed in my presence this_____ day of _____ , 19__.

MELVIN G. RUEGER
Judge

By_____
Deputy Clerk.

Date of Hearing_____

_____ offered a bond as Guardian in sum of $_____ with the following sureties.

_____ Residence
_____ Residence
_____ Residence

### WAIVER OF NOTICE

Date 7-20 19 4

We, the undersigned, do each of us hereby waive the issuing and service of notice, and voluntarily enter our appearance herein, and consent to the prayer of the foregoing application.

Charlotte L. Franklin

Letters Issued _____

FOR INCOMPETENT

**STATE OF OHIO, HAMILTON COUNTY } ss.**

## IN THE COURT OF COMMON PLEAS, PROBATE DIVISION
### HAMILTON COUNTY, OHIO

Notice of Application for Appointment of Guardian

To _Ernest Tyndale 79 & David Reed, Administra-_
_tor of Cinti General Hospital, Cinti., Ohio &_
_Ernestine Daniels, 1623 Powers St, Cinti., O._

You are hereby notified that on the _30th_ day of _July_, 19 _74_, _Charlotte A. _____ filed an application for the appointment of a guardian for the person and estate of _Ernest Tyndale_

It is alleged in said application that the said _Ernest Tyndale_ is an incompetent person by reason of _physical disability_

Said application has been set for hearing in the Probate Court of Hamilton County in the Court House at Cincinnati, Ohio, in its Court Room in said County on the _8th_ day of _August_ 19 _74_, at _9_ o'clock _A._ M. It is provided by Law that the person for whom the guardian is to be appointed may secure the assistance of counsel in the proceeding.

Upon the final hearing of said application, the Probate Judge will determine the necessity for a guardian and appoint some suitable person as such guardian in the event such need is determined to exist.

Witness my hand and the seal of said Court, this _30th_ day of _July_, 19 _74_

No. _245324_

**RETURNED AND FILED**

**AUG 1 1974**

**MELVIN G. RUEGER**
**PROBATE JUDGE & EX-OFFICIO CLERK**

BY_____
**DEPUTY CLERK**

_Melvin G. Rueger_
Judge

By _____
Deputy Clerk

FOR INCOMPETENT

## STATE OF OHIO, HAMILTON COUNTY } ss.
### IN THE COURT OF COMMON PLEAS, PROBATE DIVISION
### HAMILTON COUNTY, OHIO
#### Notice of Application for Appointment of Guardian

To _Fannie Tyndale 251625 Powers St Cinti, Ohio & Charlotte L. Franklin 1070 Wellspring Dr., Cinti, Ohio 45231 her Custodian_

You are hereby notified that on the _20th_ day of _July_, 19_74_, _Charlotte L. Franklin_ filed an application for the appointment of a guardian for the person and estate of _Ernest Tyndale_

It is alleged in said application that the said _Ernest Tyndale_ is an incompetent person by reason of _physical senility_

Said application has been set for hearing in the Probate Court of Hamilton County, in the Court House at Cincinnati, Ohio, in its Court Room in said County on the _6th_ day of _August_, 19_74_, at _9_ o'clock _A_.M. It is provided by Law that the person for whom the guardian is to be appointed may secure the assistance of counsel in the proceeding.

Upon the final hearing of said application, the Probate Judge will determine the necessity for a guardian and appoint some suitable person as such guardian in the event such need is determined to exist.

Witness my hand and the seal of said Court, this _20th_ day of _July_, 19_74_

No. _245324_

_Marvin J. Murphy_
Judge

By_Carol W. Peffer_
Deputy Clerk



Plaintiff
Charlotte L. Franklin
56 Providence Rd. #5
Fairfield, Ohio 45014

- VS -

Wm Hafer Jr. alias Butch
9767 Daly Rd.
Cincinnati, Ohio 45231

His parents owed me monies
I didn't received for using my
husband as a Slave for them
at horse shows, and I never got
paid, Allen told me Springfield
Township was responsible.
And playing murder case for
the Chief of Police.
I'm suing for a hundred Million
Dollars, In Jesus name.
( 1) of 1

were living was a joke!

even tells new apartment

thought it was a joke

11755 Northlene Hwy.

Cinti. Ohio     45240

Didn't send my Deposit

apartment. back in feb. or March

where I gave them 200⁰⁰

I was told they sent me a

Check. March 23 2022.

I ~~receive~~ ed it this month

Dec. 7, 2022

I am asking the court

Let Jesus will be done

under God Almighty

I am Catholic under St. Ann
Where I had wrote to the
Pope - Sept. 5, 2007 - form
35 View St. apt. 202
Fairfield Ohio 45014 U.S.A.
Twice but receive on letter
back. Had been writing
Queen Elizabeth at Buckingham
Palace many times, and called
her until this she told to
... and left a message
for her and I did. Aug. 202...
Even Cornwell 12 news
Highland Ave. . Thorato...
Cinti Ohio 45205 ...

then after I ask if they were under staff to wait on the patients the white woman said she was the supervisor and would give her a pill. Then they trans ported her leg. Night to a nursing home in North Bend Rd. in Monfort Hts. of Westwood with the tube still in her. Then they sent her to Mercy West Hospital with the tube still in her until her death and new moria.

ed given him and when I ask
who was in charge, he say he
not disclose that for they
would be sued. I could not inform
of the service by no family
member.

Also she had been in the care
of Good Samaritan Hospital
on straight St — here in Clifton
of Cincinnati Ohio 45219. where
I could not get at first they
cut her leg off, and after the
cathter tube in her and
discharge her where she
remind in pain.

Once I was and ask she had
to wait so long for pain
medicene.

seeing her Mother I was not permitted to be with her when Holy Jesus brought her cancers in the present of one of her Doctors, and he thank me. Then I couldn't get help from Hamilton County Police on July 2, 2022 at the hour of 3:30 A.M., 4:10 A.M. where the officer laughed and hung up on me. Later 7:24 AM my son called me saying she gone, I yelled "No!" Later went to Walker Funeral Home on Gilbert Ave. Cint. Ohio 45206 - Where I received a copy of the Obituary and the information was wrong, and the Death Clerk inform me of false information the

# NOTICE TO LEAVE THE PREMISES

**Community Name:**

Woodridge Apartments

**Resident:** (And all other occupants)

Charlotte Franklin

On the _9_____ day of _April_____,
20 _19___, I served the within notice on the within named: _Charlotte Franklin_____
by furnishing a written copy thereof [1]

Write in method of service
☐By Certified Mail, Return Receipt Requested
☐By handing a copy to defendant in person
☐By leaving it at his (her) usual place of abode
☑By leaving it at the premises from which he (she) is to be evicted.

The notice should be served to the defendant personally, if he (she) can be conveniently found.

To _Charlotte Franklin_____ Resident:

You will please notice that we want you on or before _April 12___, 20 _19_____ to leave the premises you now occupy, and
which you have rented of _56 Providence Drive Apt. 9_____,
situated and described as follows:

_____
_____
_____
_____
_____
_____ in _Fairfield_____,

County of _Butler_____ and State of _Ohio_____

**GROUNDS:**

| | | |
|---|---|---|
| Rent | : $ | 744.00 |
| Late | : | 75.00 |
| NSF | : | 30.00 |
| $5 p/day | : | 15.00 |
| Water | : | 29.93 |
| Trash | : | 7.00 |
| Pet | : | ------- |
| Insuranc. | : | 0.00 |
| TOTAL | $ | 900.93 |

**YOU ARE BEING ASKED TO LEAVE THE PREMISES. IF YOU DO NOT LEAVE, AN EVICTION ACTION MAY BE INITIATED AGAINST YOU. IF YOU ARE IN DOUBT REGARDING YOUR LEGAL RIGHTS AND OBLIGATIONS AS A RESIDENT, IT IS RECOMMENDED THAT YOU SEEK LEGAL ASSISTANCE.**

Landlord Name/Address:

Woodridge Apartments
3975 Woodridge Blvd Apt. 1
Fairfield, Ohio, 45014

_April_____ _9_____, 20 _19_____

# NOTICE TO LEAVE THE PREMISES

**Community Name:**

Woodridge Apartments

**Resident:** **(And all other occupants)**

Charlotte Franklin

On the 8 ___ day of April ___,
20 19 ___, I served the within notice on the within named: C arlotte F ra klh ___
by furnishing a written copy thereof [1]

Write in method of service
☐ By Certified Mail, Return Receipt Requested
☐ By handing a copy to defendant in person
☐ By leaving it at his (her) usual place of abode
☑ By leaving it at the premises from which he (she) is to be evicted.

The notice should be served to the defendant personally, if he (she) can be conveniently found.

To Charlotte Franklin ___ Resident:

You will please notice that we want you on or before March 11_, 20 19 ___ to leave the premises you now occupy, and
which you have rented of 56 Providence Drive Apt. 5 ___;
situated and described as follows:

_____
_____
_____
_____
_____
_____ in Fairfield ___,

County of Butler ___ and State of Ohi o ___

## GROUNDS:

| | | |
|---|---|---|
| Rent | : $ | 744.00 |
| Late | : | 75.00 |
| NSF | : | 30.00 |
| $5 p/day | : | 10.00 |
| Water | : | 29.93 |
| Trash | : | 7.00 |
| Pet | : | ——— |
| Insuranc. | : | 0.00 |
| TOTAL | $ | 895.26 |

**YOU ARE BEING ASKED TO LEAVE THE PREMISES. IF YOU DO NOT LEAVE, AN EVICTION ACTION MAY BE
INITIATED AGAINST YOU. IF YOU ARE IN DOUBT REGARDING YOUR LEGAL RIGHTS AND OBLIGATIONS AS A
RESIDENT, IT IS RECOMMENDED THAT YOU SEEK LEGAL ASSISTANCE.**

Landlord Name/Address:

Woodridge Apartment s
3975 Woodridge Blvd Apt. 1
Fairfield, Ohio, 45014

April ___ 8 ___, 20 19 ___

# SOUTHWESTERN COLLEGE

*Scholastic Achievement Certificate*

## CHARLOTTE FRANKLIN

*Dean's List*

In recognition of outstanding academic achievement for her academic career. In testimony thereof, this certificate is awarded to Charlotte Franklin.

*Sara Fiorille*

Academic Dean

*Mary Kelly*

Executive Director

I sat before a three panel of
Judges and I said them before
her and my step father, sister
and aunt Martha Jackson,
I and told all of them & Mr
Pete Sweaty. For God I am going to live
to die! For God I am going
to die! I yell out! Thank you Jesus!
My torn my pantie hose were
feet were trying to
close. They had me committed
to Fellman Medical Mental
Hospital on Burnett and Whitney
here in Little Ohio. And I
spoke with a China doctor
and answer all question.



**COPY FILED**
CLERK OF COURTS
HAMILTON COUNTY

**COURT OF COMMON PLEAS**
**HAMILTON COUNTY, OHIO**
**CRIMINAL DIVISION**

AUG 1 5 2018

APPLICATION FOR EXPUNGEMENT
PURSUANT TO 2953.32 R.C.

AFTAB PUREVAL
COMMON PLEAS COURTS

STATE OF OHIO
      Plaintiff

COMMON PLEAS CASE No. _B09/1650_

MUNICIPAL COURT CASE No. _C09CRA7356_

-vs-

_Charlotte Franklin_
      Defendant

JUDGE _Curt Hartman_

Current Address _56 Providence Dr #3_

City _Fairfield_ State _OH_ Zip Code _45014_

Phone Number _(513) 737-1732 (513)773-9620_

Signature of Applicant _____

*******************************************************************************

**Rule 40. No expungement or sealing the record during appeal.**

    Any person filing to have his/her criminal case expunged or sealed must first pay to the Clerk of Courts all outstanding court costs that have been incurred by the person for whom the case is to be expunged or sealed. Further, a person on probation may not be discharged from probation until costs have been settled to the satisfaction of the Clerk of Courts, or waived by the Court.

    A request to have a case record or any part of a case record expunged or sealed. {sic} May not be expunged or sealed while the case is on an appeal or when there is an outstanding motion to appeal or set aside the expungement order.

    Where an expungement or sealing of the record has been requested by a person and an appeal is filed after the request. The Clerk of Courts is authorized not to proceed with the expungement or sealing of the record until the appeal has been completed.

    This rule shall become effective December 21, 1999, and until further order of the Court.

*******************************************************************************

**THIS SECTION FOR USE IN INSTANCES WHEN APPLICANT IS REPRESENTED BY COUNSEL**

Attorney Name _____

Attorney Address _____

City _____ State _____ Zip Code _____

Phone No. _____ Attorney Supreme Court No. _____

Signature of Attorney _____

# FOR OFFICE USE ONLY

COPY FILED
CLERK OF COURTS
HAMILTON COUNTY

*************************************************************AUG *1 5* 2018 ***

The Applicant's Date of Birth and Social Security Number reported on this page are for office use only. They will not become part of the Public Record.

AFTAB PUREVAL
COMMON PLEAS COURTS

Applicant's Name _____

Date of Birth ___8-30-41___     Social Security Number ___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___

Date of Arrest ___3-10-08___    Arresting Agency ___Sop___

Charge ___Fail to Comply___     Section Code _____

___With Police Officer___       _____

_____

Date of Sentence ___6-5-14___   B.C.I. No. ___N851796___

___Terminating Cond. Control.___ F.B.I. No. ___514483PS___

___Dismissing License Proc.___   Control No. ___359848___

I give my word that the Date of Birth and Social Security Number were given to the Clerk of Courts by the Applicant or Attorney.

Signature of Applicant/Attorney _____

## HAMILTON COUNTY ADULT PROBATION DEPARTMENT

COPY FILED
CLERK OF COURTS
HAMILTON COUNTY

As required by Ohio State Law, an expungement investigation will be conducted by the Probation Department and presented to the Court. Please provide the information listed below completely and accurately in order to avoid a delay in the investigation.

AUG 15 2018
APPEALS BUREAU
COMMON PLEAS COURTS

1.  Current home address (if moving before your expungement hearing date, please note the new address).

    *56 PROVIDENCE DR #5*

2.  Date of <u>Birth</u>: *8-30-41*

3.  List any aliases, maiden name, and/or legal name changes since the age of 18.

    *DANIELS, FRANKLIN, SAMUELS, FRANKLIN*

4.  List all cities/states that you have lived since the age of 18. Include locations of colleges and/or other schools attended, military assignments, employment locations, etc.

    *Cinti, Hamilton Fairfield*

5.  Current place of <u>employment</u>: *I.H.O.*

    If not employed, current source of income: _____

6.  List any pending charge(s) in this or any other Court.

    *None*

7.  Reason for requesting expungement: _____ Employment Purposes

    _____ Housing Purposes

    _____ Educational Purposes

    __X__ Other *good name chosen*

I, the undersigned, acknowledge that the above information is true and correct to the best of my ability.

*[signature]*                                    *Aug. 15, 18*

SIGNATURE OF APPLICANT                    DATE

**\*\*PLEASE DO NOT GIVE/MAIL THIS SHEET TO THE CLERK BLANK-FILL IN <u>ALL</u> SPACES\*\* THANK YOU**



Hamilton County Municipal Court
1000 Sycamore Street Room 112
Cincinnati Ohio 45202

*C-97-crb-15185*

**Case Number**

# Notification of Expungement or Criminal Sealing of records by a qualified third party

In addition to your application fee to have your records Sealed or Expunged in the Hamilton County Municipal Court, pursuant to Ohio law, you can also request to have a third party company (Higbee & Associates) contact consumer reporting agencies that have databases that include publicly available records of convictions of crimes.
(Please see R.C. 2953.32, 2953.37, 2953.38, 2953.53)
Higbee & Associates will advise these consumer reporting agencies that this case has been Sealed or Expunged and the agencies would then be responsible for deleting the information they have on the case from their website.

1. Cost to send notification of Sealing Of Records or Expungements to Higbee & Associates - **$45.00** to be paid to Hamilton County Clerk of Courts
2. This fee **must** be paid at the same time that you pay the application fee for the Sealing Of Records or Expungement
3. Once you *opt out* of this additional service, you no longer have the option to *agree* to have your Sealing or Expungement sent to Higbee & Associates
4. The optional **$45.00** will be returned if your Sealing of Records or Expungement is denied by the Judge **OR** a refund is requested in writing prior to the Judge making his/her determination on the case

### I have read the above information and choose:

☐ I *agree* to have my Sealing or Expungement sent to Higbee & Associates **($45.00)**

☐ I *opt out* to have my Sealing or Expungement sent to Higbee & Associates **(No additional fee)**

| | |
|---|---|
| _____ | _____ |
| Signature | Signature |
| _____ | _____ |
| Printed Name | Printed Name |

_____

Current Address

_____

Phone Number/Email Address

_____

Date of Birth

Who was Mr. Fannie Lou Tyndale was also
in Drake Hospital. on Aug. 26, Aug 27
1975. The China man Doctor call on

Aug. 27, 10 A. M. To tell my grandmother
had pass with cancer. I diskagree
I had guardinship of my Grandmother
filed in the court of Conprot Pleas,
Probate Division Hamilton

County, Ohio.

Ⓞ which I, was filed on Aug. 6, 1974
at. 9:00 A. M..
I Like a Abstract report, what
ever the fees are will pay, you can
sent them C. O. D.
Please in God we Trust with
Fidility, Harmony and Love in
Jesses.

Respfully yours's



Hamilton County Municipal Court
1000 Sycamore Street Room 112
Cincinnati Ohio 45202

*83- crb- 13/01*

**Case Number**

# Notification of Expungement or Criminal Sealing of records by a qualified third party

In addition to your application fee to have your records Sealed or Expunged in the Hamilton County Municipal Court, pursuant to Ohio law, you can also request to have a third party company (Higbee & Associates) contact consumer reporting agencies that have databases that include publicly available records of convictions of crimes.
(Please see R.C. 2953.32, 2953.37, 2953.38, 2953.53)
Higbee & Associates will advise these consumer reporting agencies that this case has been Sealed or Expunged and the agencies would then be responsible for deleting the information they have on the case from their website.

1. Cost to send notification of Sealing Of Records or Expungements to Higbee & Associates **- $45.00** to be paid to Hamilton County Clerk of Courts
2. This fee **must** be paid at the same time that you pay the application fee for the Sealing Of Records or Expungement
3. Once you **opt out** of this additional service, you no longer have the option to **agree** to have your Sealing or Expungement sent to Higbee & Associates
4. The optional **$45.00** will be returned if your Sealing of Records or Expungement is denied by the Judge **OR** a refund is requested in writing prior to the Judge making his/her determination on the case

### I have read the above information and choose:

☐  I **agree** to have my Sealing or Expungement sent to Higbee & Associates **($45.00)**

☐  I **opt out** to have my Sealing or Expungement sent to Higbee & Associates **(No additional fee)**

_____
Signature

_____
Signature

_____
Printed Name

_____
Printed Name

_____
Current Address

_____
Phone Number/Email Address

_____
Date of Birth



Hamilton County Municipal Court
1000 Sycamore Street Room 112
Cincinnati Ohio 45202

83· crb- 13106

**Case Number**

# Notification of Expungement or Criminal Sealing of records by a qualified third party

In addition to your application fee to have your records Sealed or Expunged in the Hamilton County Municipal Court, pursuant to Ohio law, you can also request to have a third party company (Higbee & Associates) contact consumer reporting agencies that have databases that include publicly available records of convictions of crimes.
(Please see R.C. 2953.32, 2953.37, 2953.38, 2953.53)
Higbee & Associates will advise these consumer reporting agencies that this case has been Sealed or Expunged and the agencies would then be responsible for deleting the information they have on the case from their website.

1. Cost to send notification of Sealing Of Records or Expungements to Higbee & Associates - **$45.00** to be paid to Hamilton County Clerk of Courts
2. This fee **must** be paid at the same time that you pay the application fee for the Sealing Of Records or Expungement
3. Once you ***opt out*** of this additional service, you no longer have the option to ***agree*** to have your Sealing or Expungement sent to Higbee & Associates
4. The optional **$45.00** will be returned if your Sealing of Records or Expungement is denied by the Judge **OR** a refund is requested in writing prior to the Judge making his/her determination on the case

## I have read the above information and choose:

☐ I *agree* to have my Sealing or Expungement sent to Higbee & Associates **($45.00)**

☐ I *opt out* to have my Sealing or Expungement sent to Higbee & Associates **(No additional fee)**

_____
Signature

_____
Signature

_____
Printed Name

_____
Printed Name

_____
Current Address

_____
Phone Number/Email Address

_____
Date of Birth

HAMILTON COUNTY MUNICIPAL COURT
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO

STATE OF OHIO

  Plaintiff,

  - Vs. -

_Charlotte Franklin_

CASE NO. 83-crb-13101

JUDGE_____

APPLICATION FOR CRIMINAL SEALING OF

RECORD INVOLVING NON-CONVICTION

  Defendant, _____, respectfully
makes application to the Court for criminal sealing of his/her criminal record, pursuant to Ohio Revised Code
2953.52. The applicant states the following: that he/she is an eligible offender and that no criminal proceedings
are pending.

  Charge: _Disorderly Conduct_

  Date of Dismissal/Acquittal: _7-6-83_

  Dismissal / Acquittal Judge: _____

  Current Address of Applicant: _____

_____

  Phone _____ DOB: _____

_____
Defendant / Applicant

CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above Application was delivered hand or mail (circle which) to the
Office of the Prosecutor on the _____ day of _____, 20_____.

_____
Defendant / Applicant



Hamilton County Municipal Court
1000 Sycamore Street Room 112
Cincinnati Ohio 45202

*90 - crb - 33027*

**Case Number**

# Notification of Expungement or Criminal Sealing of records by a qualified third party

In addition to your application fee to have your records Sealed or Expunged in the Hamilton County Municipal Court, pursuant to Ohio law, you can also request to have a third party company (Higbee & Associates) contact consumer reporting agencies that have databases that include publicly available records of convictions of crimes.
(Please see R.C. 2953.32, 2953.37, 2953.38, 2953.53)
Higbee & Associates will advise these consumer reporting agencies that this case has been Sealed or Expunged and the agencies would then be responsible for deleting the information they have on the case from their website.

1. Cost to send notification of Sealing Of Records or Expungements to Higbee & Associates **- $45.00** to be paid to Hamilton County Clerk of Courts
2. This fee **must** be paid at the same time that you pay the application fee for the Sealing Of Records or Expungement
3. Once you ***opt out*** of this additional service, you no longer have the option to ***agree*** to have your Sealing or Expungement sent to Higbee & Associates
4. The optional **$45.00** will be returned if your Sealing of Records or Expungement is denied by the Judge **OR** a refund is requested in writing prior to the Judge making his/her determination on the case

## I have read the above information and choose:

☐ I ***agree*** to have my Sealing or Expungement sent to Higbee & Associates **($45.00)**

☐ I ***opt out*** to have my Sealing or Expungement sent to Higbee & Associates **(No additional fee)**

_____
Signature

_____
Signature

_____
Printed Name

_____
Printed Name

_____
Current Address

_____
Phone Number/Email Address

_____
Date of Birth

HAMILTON COUNTY MUNICIPAL COURT
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO

STATE OF OHIO                                    CASE NO. _83- crb- 13106_

                Plaintiff,                       JUDGE _____

- Vs. -

_Charlotte Franklin_                             APPLICATION FOR CRIMINAL SEALING OF

                                                 RECORD INVOLVING CONVICTION

D.O.B.

        Defendant, _____, respectfully

makes application to the Court for criminal sealing of his/her criminal record, pursuant to Ohio Revised Code

2953.32. The applicant states the following: that he/she is an eligible offender, that one year has passed since the

final discharge of misdemeanor conviction, and that no criminal proceedings are pending.

        Charge: _Assault_____

        Date of Sentence: _7-6-83_____

        Current Address of Applicant: _____

        _____

        Phone: _____


                        _____
                        Defendant / Applicant


                        CERTIFICATE OF SERVICE

        I hereby certify that a true copy of the above Application was delivered hand or mail (circle which) to the

Office of the Prosecutor on the _____day of _____, 20_____.



                        _____
                        Defendant / Applicant

HAMILTON COUNTY MUNICIPAL COURT
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO

STATE OF OHIO

CASE NO. _90-crb- 2448_

Plaintiff,

JUDGE_____

- Vs. -

_Charlotte Franklin_

APPLICATION FOR CRIMINAL SEALING OF

RECORD INVOLVING NON-CONVICTION

Defendant, _____, respectfully
makes application to the Court for criminal sealing of his/her criminal record, pursuant to Ohio Revised Code
2953.52. The applicant states the following: that he/she is an eligible offender and that no criminal proceedings
are pending.

Charge: _Crim Damaging_____

Date of Dismissal/Acquittal: ___9-4-90_____

Dismissal / Acquittal Judge: _____

Current Address of Applicant: _____

_____

Phone:_____ DOB_____

_____
Defendant / Applicant

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Application was delivered hand or mail (circle which) to the
Office of the Prosecutor on the _____ day of _____, 20_____.

_____
Defendant / Applicant

HAMILTON COUNTY MUNICIPAL COURT
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO

STATE OF OHIO

    Plaintiff,

    - Vs. -

_Charlotte Franklin_

CASE NO. _C-84-crb-8603_

JUDGE_____

APPLICATION FOR CRIMINAL SEALING OF

RECORD INVOLVING NON-CONVICTION

    Defendant, _____, respectfully makes application to the Court for criminal sealing of his/her criminal record, pursuant to Ohio Revised Code 2953.52. The applicant states the following: that he/she is an eligible offender and that no criminal proceedings are pending.

Charge: _Pass bad check_

Date of Dismissal/Acquittal: _1-25-88_

Dismissal / Acquittal Judge: _____

Current Address of Applicant: _____

_____

Phone: _____ DOB _____

_____
Defendant / Applicant

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above Application was delivered hand or mail (circle which) to the Office of the Prosecutor on the _____ day of _____, 20_____.

_____
Defendant / Applicant

HAMILTON COUNTY MUNICIPAL COURT
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO

STATE OF OHIO

    Plaintiff,

CASE NO. *90 crb- 26447*

JUDGE_____

- Vs. -

*Charlotte Franklin*

APPLICATION FOR CRIMINAL SEALING OF

RECORD INVOLVING NON-CONVICTION

Defendant, _____, respectfully
makes application to the Court for criminal sealing of his/her criminal record, pursuant to Ohio Revised Code
2953.52. The applicant states the following: that he/she is an eligible offender and that no criminal proceedings
are pending.

Charge: *Failure to comply with Police officer*

Date of Dismissal/Acquittal: *3-19-91*

Dismissal / Acquittal Judge: _____

Current Address of Applicant: _____

_____

Phone: _____ DOB: _____

_____
Defendant / Applicant

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Application was delivered hand or mail (circle which) to the
Office of the Prosecutor on the _____ day of _____, 20_____.

_____
Defendant / Applicant

HAMILTON COUNTY MUNICIPAL COURT
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO

STATE OF OHIO

CASE NO. 83-crb-13094

Plaintiff,

JUDGE _____

- Vs. -

Charlotte Franklin

APPLICATION FOR CRIMINAL SEALING OF

RECORD INVOLVING CONVICTION

D.O.B.

Defendant, _____, respectfully
makes application to the Court for criminal sealing of his/her criminal record, pursuant to Ohio Revised Code
2953.32. The applicant states the following: that he/she is an eligible offender, that one year has passed since the
final discharge of misdemeanor conviction, and that no criminal proceedings are pending.

Charge: Assault

Date of Sentence: 7-6-83

Current Address of Applicant: _____

_____

Phone: _____

_____
Defendant / Applicant

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Application was delivered hand or mail (circle which) to the
Office of the Prosecutor on the _____ day of _____, 20_____.

_____
Defendant / Applicant

HAMILTON COUNTY MUNICIPAL COURT
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO

STATE OF OHIO

CASE NO. 83 - crb - 15978

Plaintiff,

JUDGE _____

- Vs. -

_Charlotte Franklin_

APPLICATION FOR CRIMINAL SEALING OF

RECORD INVOLVING CONVICTION

D.O.B.

Defendant, _____, respectfully

makes application to the Court for criminal sealing of his/her criminal record, pursuant to Ohio Revised Code 2953.32. The applicant states the following: that he/she is an eligible offender, that one year has passed since the final discharge of misdemeanor conviction, and that no criminal proceedings are pending.

Charge: _Defrauding livery_

Date of Sentence: _8-12-83_

Current Address of Applicant: _____

_____

Phone: _____

_____
Defendant / Applicant

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Application was delivered hand or mail (circle which) to the Office of the Prosecutor on the _____ day of _____, 20_____.

_____
Defendant / Applicant

HAMILTON COUNTY MUNICIPAL COURT
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO

STATE OF OHIO

    Plaintiff,

- Vs. -

*Charlotte Franklin*

CASE NO. _90-crb-33087_

JUDGE_____

APPLICATION FOR CRIMINAL SEALING OF

RECORD INVOLVING NON-CONVICTION

    Defendant, _____, respectfully makes application to the Court for criminal sealing of his/her criminal record, pursuant to Ohio Revised Code 2953.52. The applicant states the following: that he/she is an eligible offender and that no criminal proceedings are pending.

Charge: _Assault_____

Date of Dismissal/Acquittal: _3-19-91_____

Dismissal / Acquittal Judge: _____

Current Address of Applicant: ✓_____

_____

Phone:✓_____DOB✓_____

✓_____
Defendant / Applicant

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above Application was delivered hand or mail (circle which) to the Office of the Prosecutor on the _____day of _____, 20_____.

_____
Defendant / Applicant

HAMILTON COUNTY MUNICIPAL COURT
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO

STATE OF OHIO

CASE NO. _C-97-crb-15185_

Plaintiff,

JUDGE_____

- Vs. -

_Charlotte Franklin_

APPLICATION FOR CRIMINAL SEALING OF

RECORD INVOLVING NON-CONVICTION

Defendant, _____, respectfully

makes application to the Court for criminal sealing of his/her criminal record, pursuant to Ohio Revised Code

2953.52. The applicant states the following: that he/she is an eligible offender and that no criminal proceedings

are pending.

Charge: _Failure to comply with Police officer_

Date of Dismissal/Acquittal: _9-8-97_

Dismissal / Acquittal Judge: _____

Current Address of Applicant: _____

_____

Phone: _____ DOB: _____

_____
Defendant / Applicant

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Application was delivered hand or mail (circle which) to the

Office of the Prosecutor on the _____ day of _____, 20_____.

_____
Defendant / Applicant



Hamilton County Municipal Court
1000 Sycamore Street Room 112
Cincinnati Ohio 45202

$83-cdc. 13094$

**Case Number**

# Notification of Expungement or Criminal Sealing of records by a qualified third party

In addition to your application fee to have your records Sealed or Expunged in the Hamilton County Municipal Court, pursuant to Ohio law, you can also request to have a third party company (Higbee & Associates) contact consumer reporting agencies that have databases that include publicly available records of convictions of crimes.
(Please see R.C. 2953.32, 2953.37, 2953.38, 2953.53)

Higbee & Associates will advise these consumer reporting agencies that this case has been Sealed or Expunged and the agencies would then be responsible for deleting the information they have on the case from their website.

1. Cost to send notification of Sealing Of Records or Expungements to Higbee & Associates **- $45.00** to be paid to Hamilton County Clerk of Courts
2. This fee **must** be paid at the same time that you pay the application fee for the Sealing Of Records or Expungement
3. Once you *opt out* of this additional service, you no longer have the option to *agree* to have your Sealing or Expungement sent to Higbee & Associates
4. The optional **$45.00** will be returned if your Sealing of Records or Expungement is denied by the Judge **OR** a refund is requested in writing prior to the Judge making his/her determination on the case

## I have read the above information and choose:

☐  I *agree* to have my Sealing or Expungement sent to Higbee & Associates **($45.00)**

☐  I *opt out* to have my Sealing or Expungement sent to Higbee & Associates **(No additional fee)**

_____
Signature

_____
Signature

_____
Printed Name

_____
Printed Name

_____
Current Address

_____
Phone Number/Email Address

_____
Date of Birth



Hamilton County Municipal Court
1000 Sycamore Street Room 112
Cincinnati Ohio 45202

*90-cb- 26448*

**Case Number**

# Notification of Expungement or Criminal Sealing of records by a qualified third party

In addition to your application fee to have your records Sealed or Expunged in the Hamilton County Municipal Court, pursuant to Ohio law, you can also request to have a third party company (Higbee & Associates) contact consumer reporting agencies that have databases that include publicly available records of convictions of crimes.
(Please see R.C. 2953.32, 2953.37, 2953.38, 2953.53)

Higbee & Associates will advise these consumer reporting agencies that this case has been Sealed or Expunged and the agencies would then be responsible for deleting the information they have on the case from their website.

1. Cost to send notification of Sealing Of Records or Expungements to Higbee & Associates **- $45.00** to be paid to Hamilton County Clerk of Courts
2. This fee **must** be paid at the same time that you pay the application fee for the Sealing Of Records or Expungement
3. Once you ***opt out*** of this additional service, you no longer have the option to ***agree*** to have your Sealing or Expungement sent to Higbee & Associates
4. The optional **$45.00** will be returned if your Sealing of Records or Expungement is denied by the Judge **OR** a refund is requested in writing prior to the Judge making his/her determination on the case

## I have read the above information and choose:

☐ I ***agree*** to have my Sealing or Expungement sent to Higbee & Associates **($45.00)**

☐ I ***opt out*** to have my Sealing or Expungement sent to Higbee & Associates **(No additional fee)**

_____
Signature

_____
Signature

_____
Printed Name

_____
Printed Name

_____
Current Address

_____
Phone Number/Email Address

_____
Date of Birth



Hamilton County Municipal Court
1000 Sycamore Street Room 112
Cincinnati Ohio 45202

C-84-cb-8603
_____
**Case Number**

# Notification of Expungement or Criminal Sealing of records by a qualified third party

In addition to your application fee to have your records Sealed or Expunged in the Hamilton County Municipal Court, pursuant to Ohio law, you can also request to have a third party company (Higbee & Associates) contact consumer reporting agencies that have databases that include publicly available records of convictions of crimes.
(Please see R.C. 2953.32, 2953.37, 2953.38, 2953.53)

Higbee & Associates will advise these consumer reporting agencies that this case has been Sealed or Expunged and the agencies would then be responsible for deleting the information they have on the case from their website.

1. Cost to send notification of Sealing Of Records or Expungements to Higbee & Associates **- $45.00** to be paid to Hamilton County Clerk of Courts
2. This fee **must** be paid at the same time that you pay the application fee for the Sealing Of Records or Expungement
3. Once you **opt out** of this additional service, you no longer have the option to **agree** to have your Sealing or Expungement sent to Higbee & Associates
4. The optional **$45.00** will be returned if your Sealing of Records or Expungement is denied by the Judge **OR** a refund is requested in writing prior to the Judge making his/her determination on the case

## I have read the above information and choose:

☐ I **agree** to have my Sealing or Expungement sent to Higbee & Associates **($45.00)**

☐ I **opt out** to have my Sealing or Expungement sent to Higbee & Associates **(No additional fee)**

_____
Signature

_____
Signature

_____
Printed Name

_____
Printed Name

_____
Current Address

_____
Phone Number/Email Address

_____
Date of Birth



Hamilton County Municipal Court
1000 Sycamore Street Room 112
Cincinnati Ohio 45202

*90 cd 2C447*

**Case Number**

# Notification of Expungement or Criminal Sealing of records by a qualified third party

In addition to your application fee to have your records Sealed or Expunged in the Hamilton County Municipal Court, pursuant to Ohio law, you can also request to have a third party company (Higbee & Associates) contact consumer reporting agencies that have databases that include publicly available records of convictions of crimes.
(Please see R.C. 2953.32, 2953.37, 2953.38, 2953.53)

Higbee & Associates will advise these consumer reporting agencies that this case has been Sealed or Expunged and the agencies would then be responsible for deleting the information they have on the case from their website.

1. Cost to send notification of Sealing Of Records or Expungements to Higbee & Associates - **$45.00** to be paid to Hamilton County Clerk of Courts
2. This fee **must** be paid at the same time that you pay the application fee for the Sealing Of Records or Expungement
3. Once you ***opt out*** of this additional service, you no longer have the option to ***agree*** to have your Sealing or Expungement sent to Higbee & Associates
4. The optional **$45.00** will be returned if your Sealing of Records or Expungement is denied by the Judge **OR** a refund is requested in writing prior to the Judge making his/her determination on the case

## I have read the above information and choose:

☐ I ***agree*** to have my Sealing or Expungement sent to Higbee & Associates **($45.00)**

☐ I ***opt out*** to have my Sealing or Expungement sent to Higbee & Associates **(No additional fee)**

_____
Signature

_____
Signature

_____
Printed Name

_____
Printed Name

_____
Current Address

_____
Phone Number/Email Address

_____
Date of Birth

SYNCHRONY BANK
P.O. Box 965009
Orlando, FL 32896-5009

JCPenney Credit Card

**7396**

**S103**

03/26/2019

CHARLOTTE L FRANKLIN
56 PROVIDENCE DR APT 5
FAIRFIELD OH 45014-7577

**Account Number Ending In: 2100**

Dear CHARLOTTE L FRANKLIN,

We are contacting you regarding the JCPenney Credit Card account referenced above.

Your payment in the amount of $802.68, credited to your account on 03/20/19, has been returned due to one of the reasons listed below:

- Invalid bank information
- Unable to locate the bank account provided
- The bank account status
- Available funds of your bank account

Please be aware that this payment has been removed from your above referenced credit card account.

In some cases, banking information errors can occur when entered online, by phone or processed at the store, if applicable. Please review your payment details to ensure you included the correct Bank information. If further information is needed please contact us at the toll-free number below, or contact your financial institution.

We appreciate you as a valued cardmember and hope you will continue to enjoy shopping in JCPenney stores and jcp.com.

Sincerely,

JCPenney Credit Services
1-800-542-0800

Account is owned by SYNCHRONY BANK



Hamilton County Municipal Court
1000 Sycamore Street Room 112
Cincinnati Ohio 45202

83 - crb-15978
_____
**Case Number**

# Notification of Expungement or Criminal Sealing of records by a qualified third party

In addition to your application fee to have your records Sealed or Expunged in the Hamilton County Municipal Court, pursuant to Ohio law, you can also request to have a third party company (Higbee & Associates) contact consumer reporting agencies that have databases that include publicly available records of convictions of crimes.
(Please see R.C. 2953.32, 2953.37, 2953.38, 2953.53)
Higbee & Associates will advise these consumer reporting agencies that this case has been Sealed or Expunged and the agencies would then be responsible for deleting the information they have on the case from their website.

1. Cost to send notification of Sealing Of Records or Expungements to Higbee & Associates **- $45.00** to be paid to Hamilton County Clerk of Courts
2. This fee **must** be paid at the same time that you pay the application fee for the Sealing Of Records or Expungement
3. Once you **opt out** of this additional service, you no longer have the option to **agree** to have your Sealing or Expungement sent to Higbee & Associates
4. The optional **$45.00** will be returned if your Sealing of Records or Expungement is denied by the Judge **OR** a refund is requested in writing prior to the Judge making his/her determination on the case

### I have read the above information and choose:

☐  I **agree** to have my Sealing or Expungement sent to Higbee & Associates **($45.00)**

☐  I **opt out** to have my Sealing or Expungement sent to Higbee & Associates **(No additional fee)**

_____
Signature

_____
Signature

_____
Printed Name

_____
Printed Name

_____
Current Address

_____
Phone Number/Email Address

_____
Date of Birth

## HAMILTON COUNTY MUNICIPAL COURT
## CINCINNATI, OHIO

CHARLOTTE Franklin

‾‾ Plaintiff

vs.

REV. Jos. R. GARR

Defendant(s)

**Motion for Default Judgment**

CASE NO. 16 C V 15 724

Plaintiff moves the court to enter a default judgment against the defendant(s) listed above in accordance with the demand for relief on the grounds that said defendant(s) has/have failed to plead or otherwise defend. Plaintiff represents that said defendant(s) was/were properly served with a summons and a copy of the complaint and that at least **31 days** have passed since service of process.

**Check one of the following:**

/__/ The defendant(s) has/have **not appeared** in the action. This claim is only for **liquidated** damages in the amount of $_____
The clerk is requested to submit this motion to the court for immediate consideration.

/__/ The defendant(s) has/have **appeared** in the action. This claim is only for **liquidated** damages in the amount of $_____
You are required to send a copy of your motion to the defendant(s) and wait 7 days. You may submit you motion to the court for consideration after the end of the seven (7) days. **(YOU MUST COMPLETE THE CERTIFICATE OF SERVICE BELOW.)**

/__/ The defendant(s) has/have **not appeared** in the action. The damages are **unliquidated**. This motion is set for hearing on the amount of damages before the magistrate in **Rm. 121** of the Hamilton County Courthouse on_____ at **10:30 a.m.**
(You must obtain a hearing date at the time the motion is filed.)

/X/ The defendant(s) has/have **appeared** in the action. The damages are **unliquidated**. This motion is set for hearing on the amount of damages before the magistrate in **Rm. 121** of the Hamilton County Courthouse on_____9-28-16_____ at **10:30 a.m.**
(You must obtain a hearing date at the time the motion is filed and **COMPLETE THE CERTIFICATE OF SERVICE BELOW**).

Charlotte Franklin

Plaintiff/Attorney for Plaintiff's Signature
Attorney Registration Number:_____

Name: CHARLOTTE Franklin

Address: 353 Hampshire Dr - B-17

City,State,Zip: Hamilton, Ohio 45011

Phone No. 513 - 737 - 1752

TRACY WINKLER
CLERK OF COURTS
HAMILTON COUNTY, OH
MUNICIPAL CIVIL

2016 SEP 13 A 11:41

FILED

---

### MAGISTRATE'S DECISION
The motion for default judgment is granted. The Magistrate recommends that judgment be entered in favor of the plaintiff against the above named defendant(s) in the sum of $_____ with interest amounting to $_____ making a total of $_____and costs.

Date _____

Magistrate _____

---

### DEFAULT JUDGMENT ENTRY
The motion for default judgment is granted. Judgment is rendered in favor of the plaintiff against the above named defendant(s) in the sum of $_____ with interest amounting to $_____ making a total of $_____and costs.

/__/ The Magistrate's decision is adopted (if applicable)

Date_____

Judge _____

---

### CERTIFICATE OF SERVICE
I certify that a copy of the foregoing was served on defendant(s) by regular mail this _____ day of _____ 20_____

ORDER: NOTICE MAILED TO PARTIES
(FOR CLERK USE ONLY)

ON: __ _____BY: _____

Plaintiff/Attorney for Plaintiff

CALEB BROWN, JR.
ATTORNEY AT LAW
3460 READING ROAD
LOWER LEVEL
CINCINNATI, OHIO 45229
513-751-2769
FAX: 513-751-0015

August 18, 2016

Charlotte L. Franklin
353 Hampshire Drive, B-17
Hamilton, Ohio 45011

Re: Franklin v. Jos. R. Garr

Dear Ms. Franklin:

Enclosed is a copy of the Motion to Transfer Case to the Regular Docket.

Very truly yours,

Caleb Brown, Jr.
Attorney at Law

cc: Rev. Joseph R. Garr

COPY



PAVAN PARIKH

HAMILTON COUNTY CLERK OF COURTS

RECEIPT

RECEIVED FROM:
**REV CHARLOTTE L FRANKLIN**

RECEIPT NUMBER : **221000008922**
DATE : **7/22/2022**
CURRENT DATE/TIME : **7/22/2022 13:14**

**THREE HUNDRED TWENTY FIVE DOLLARS AND 00/100------** - - - - - ( **$325.00**) - - - - -

CASH

COMMON PLEAS CIVIL
A 2202656

REV CHARLOTTE L FRANKLIN -vs- MERCY WEST HOSPITAL
Party : P - 1 **REV CHARLOTTE L FRANKLIN, PLAINTIFF**

DEPUTY CLERK____

946- 5634

Rodney



VERIFY PRESENCE OF ODH WATERMARK          HOLD TO LIGHT TO VIEW

# STATE OF OHIO
# OFFICE OF VITAL STATISTICS

## CERTIFICATION OF BIRTH

| | | | |
|---|---|---|---|
| **STATE FILE NUMBER** | 1960096463 | **DATE RECORD FILED** | 07/05/1960 |
| **NAME** | PAULETTE  FRANKLIN | | |
| **DATE OF BIRTH** | 06/28/1960 | **SEX** | FEMALE |
| **BIRTHPLACE** | OHIO | | |
| **MOTHER'S NAME** | CHARLOTTE LAVERN FRANKLIN | **FATHER'S NAME** | OLLIE LEE FRANKLIN |
| **LAST NAME PRIOR TO FIRST MARRIAGE** | DANIELS | | |
| **MOTHER'S BIRTHPLACE** | OHIO | **FATHER'S BIRTHPLACE** | OHIO |

**Note:**

This is a true certification of the name and birth facts as recorded in the Office of Vital Statistics, Columbus, Ohio. Witness my signature and seal of the Department of Health this   04 day of August, 2022

*Rena M. Boler*

State Registrar of Vital Statistics

H10215969

HEALTH INFORMATION SYSTEMS CINCINNATI HEALTH DEPT

REV. 7/2015

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

VERIFY PRESENCE OF ODH WATERMARK          HOLD TO LIGHT TO VIEW

On Dec. 16, 115 Mother had me probated, because I had went to a hearing here in Cinti Ohio in the Alm's Depte Bldg at night and told who ever that my mother does and have done Black Magic with people right there in Cincinnati Ohio and as I was leaving the building I hear a gentle man say she said it. Then she went to court and told the Judge, I said it. he told her to go across the street and have me commited. she did. Officer Judakes Murry came to me home at 1038 Wellspring Dr. Cincinnati, Ohio 45231

against me here in Cincinnati
Ohio - Columbus Ohio and
Washington D.C. where
for some reason they
can't find no record of
me being in those places.
Hospitals, jails, courts
even a black officer in
Washington D.C. said I
was going to K
the acting President Jimmy
Carter which was another
lies I also have a letter from
State of Ohio Medical Board no
record of my grandmother.
Dated April 15, 2019.

 **State Medical Board** of **Ohio**

30 E. Broad St., 3ʳᵈ Floor
Columbus, Ohio 43215
(614) 466-3934
www.med.ohio.gov

April 15, 2019

Rev. Charlotte Franklin
56 Providence Dr. Apt. 5
Fairfield, OH 45014-7577

Dear Rev. Franklin:

Thank you for contacting the Ohio Medical Board regarding your request in obtaining medical records for Ms. Fannie Lou Tyndale. The Medical Board does not store medical records for facilities or physicians. You will need to contact the facilities that you indicated in your letter.

For your convenience, I am enclosing a copy of your letter. Please do not hesitate to contact us if we may be of further assistance.

Sincerely,

Ruth Pologruto
Public Inquiries
Ohio Medical Board

Enc.: Copy of letter

614    728 5946

I did file claim in Ham.
County Court - Cincin Ohio 45202
Case No 16 CV 15724
Sept. 13, 2016
There was hearing on Sept. 28, 16
which dismissed because of
status of limitations.
Atty. Caleb Brown Jr. was
Rev. Harr's atty. who lied
and said I had been in
Prison which was not true.
Also I went to Appeal
Clerk of Courts Hamilton County
On Aug 15, 2018 trying
to get expungement of
Criminal healing records
were there are Many
false Charges B091650
common Please case # B091650

Feby 1979 ①

Joe made like he go injure
in the bathroom so I took
him to Jewish Hospital in
Anti Ohio. And left him
there with the staff
Because I had to report to
the unemployment office
When I came to get him the
nurse that waited on him said
he left to go across to the
_____ Department were
Mr. Stanley Broadneck had
been _____ in Drug Progress
how did he know I wasn't there
to find him but he wasn't
there. I had sister Christ
car. So I had to call Christ

she said find him. I rode
around the neighborhood
looking below me, hours
later here he comes for
university hospital.
How did he know where
all these places were.
Then pick up Ann Palmer,
for I had go pay restitution
for my son Wendell Franklin
Ray was with me. Then I
went in buy furniture
store to pay on my account
then look for Ray couldn't
be found, we sat in car and
wait hours before he show
up. Then him to the

airport. Where he meet a
young lady, who knew him
and called out his name and
ask how he got here!
They boarded the plane.
I never ~~saw~~ him
again. But them
white men ~~⊙~~ were
watching me.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for

*Sis Charlotte L Franklin*
*Alas Samuels*

_____
*Plaintiff(s)*

v.

*SPRINGFIELD Township*
*Police Department Chief*
*1130 Compton Rd.*
*Cincinnati Ohio 45231*
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CHIEF OFFICER BLEY
1130 Compton Rd.
Cincinnati, Ohio
45231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SIS. CHARLOTTE L FRANKLIN-SAMUELS
9982 ARBORWOOD DR. #305
CINCINNATI, OHIO 45251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Sis Charlotte L. Franklin-Samuels | COURT CASE NUMBER |
| DEFENDANT Chief of Police Springfield Township | TYPE OF PROCESS |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
| | Blew - Officer Chief |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* 1130 Compton Rd. Cincinnati, Ohio 45231 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| Sis. Charlotte L. Franklin - Samuels 9982 Arborwood Dr. #305 Cincinnati, Ohio 45251 | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 513-514-6797 | DATE Dec 29,22 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS:

| PRINT 5 COPIES: | 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED Form USM-285 Rev. 12/15/80 Automated 01/00 |



Blueridge
VISTA
HEALTH & WELLNESS

| PATIENT LAST NAME | | FIRST NAME | | M.I. | PATIENT MRN | SOCIAL SECURITY # | | SEX |
|---|---|---|---|---|---|---|---|---|
| Franklin | | Charlotte | | | 000626712-1 | 295343869 | | F |

| PATIENT ADDRESS | | | | DATE OF BIRTH | | MARITAL STATUS | AGE |
|---|---|---|---|---|---|---|---|
| 56 Providence Apt 5 | | | | 08/30/1941 | | D | 76 |

| CITY | | STATE | ZIP CODE | TELEPHONE # | ADV. DIRECTIVE | CODE STATUS | VA REFERRAL |
|---|---|---|---|---|---|---|---|
| Fairfield | | OH | 45014 | 513-737-1752 | YES<br>☐ NO | DNR<br>☐ Full Code | ☐ YES<br>☐ NO |

| ADMIT DATE | ADMIT TIME | ADMIT DIAG | ROOM # BED # | PREV. ADM. DATE | NAME OF SPOUSE | CHURCH/RELIGION |
|---|---|---|---|---|---|---|
| 07/05/18 | 2225 | F25.0 | | | | |

| POWER OF ATTORNEY | TELEPHONE # | ADDRESS |
|---|---|---|
| | | |

**POWER OF ATTORNEY EMAIL ADDRESS**

| GUARDIAN CONTACT | TELEPHONE # | ADDRESS |
|---|---|---|
| | | |

| SECONDARY CONTACT | TELEPHONE# | ADDRESS |
|---|---|---|
| | | |

| REFERRING FACILITY | TELEPHONE # | ADDRESS |
|---|---|---|
| | | |

| REFERRING FACILITY CONTACT FOR FOLLOW UP | TELEPHONE # | EMAIL ADDRESS |
|---|---|---|
| | | |

| ATTENDING PHYSICIAN | TELEPHONE # | ADDRESS |
|---|---|---|
| Tangvald, Thor | | |

| REFERRING PHYSICIAN | TELEPHONE # | ADDRESS |
|---|---|---|
| | | |

| PRIMARY CARE PHYSICIAN | TELEPHONE # | ADDRESS |
|---|---|---|
| | | |

| ETHNICITY | PREFERRED LANGUAGE | SPOKEN LANGUAGE | WRITTEN LANGUAGE |
|---|---|---|---|
| Not Hispanic | ☐ ENGLISH | ☐ ENGLISH | ☐ ENGLISH |
| RACE | ☐ SPANISH | ☐ SPANISH | ☐ SPANISH |
| Black | ☐ OTHER: | | |

**LEGAL STATUS** Involuntary

| PRIMARY INSURANCE | ID # | GROUP NUMBER |
|---|---|---|
| Aetna Medicare Advantage Plan | MEBJ60JZ | |

| INSURANCE PHONE NUMBER | INSURANCE ADDRESS |
|---|---|
| 800-624-0756 | PO Box 981106 El Paso, TX 79998 |

| SECONDARY INSURANCE | ID # | GROUP NUMBER |
|---|---|---|
| Self Pay | | |

| INSURANCE PHONE NUMBER | INSURANCE ADDRESS |
|---|---|
| | |

| PRIN DAIG | OTH DIAG 1 | OTH DIAG 2 | OTH DIAG 3 | OTH DIAG 4 | OTH DIAG 5 | OTH DIAG 6 | OTH DIAG 7 | OTH DIAG 8 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| OTH DIAG 9 | OTH DIAG 10 | OTH DIAG 11 | OTH DIAG 12 | OTH DIAG 13 | OTH DIAG 14 | OTH DIAG 15 | OTH DIAG 16 | OTH DIAG 17 |
| | | | | | | | | |

| DATE OF DISCHARGE | TIME OF DISCHARGE | DISCHARGED TO |
|---|---|---|
| | | 30 |

ORIGINAL 2015

**PLACE PATIENT LABEL HERE**

## IPS - Beckett Springs Cincinnati

## _DISCHARGE_ MEDICATION SUMMARY FOR PATIENT

Patient Name: Franklin, Charlotte        DOB: 08/30/1941  Room-Bed: 107-A        Admit Date/Time: 5/17/19  11:20

| Ht: 70.00in | Wt: 210.00lb | BMI: #### | BSA: 2.13 | Regular Pharmacy: Lifeline Pharmacy |

Allergies: no known allergies

### Medications to take after Discharge

 

| Medication | Dose | Route | Freq | Morning | Noon | Evening | Bedtime |
|---|---|---|---|---|---|---|---|
| **CARDIOVASCULAR AGENTS** | | | | | | | |
| amLODIPine 10 mg TAB (Norvasc)<br>Indication: High Blood pressure,htn | 10 mg | Oral | ONCE DAILY | ✓ | | | |
| lisinopril 40 mg TAB (Prinivil)<br>Indication: High Blood pressure | 40 mg | Oral | TWICE A DAY | ✓ | | ✓ | |
| **METABOLIC AGENTS** | | | | | | | |
| insulin detemir 100 units/mL SOLN (Levemir)<br>Indication: dm | 50 units | under skin | AT BEDTIME | | | | ✓ |
| insulin lispro 100 units/mL SOLN (HumaLOG)<br>Indication: DM | 1 - 10 unit | under skin | BEFORE MEALS AND BEDTIME | ✓ | ✓ | ✓ | ✓ |
| metFORMIN 850 mg TAB (Glucophage)<br>Indication: dm | 850 mg | Oral | TWICE A DAY | ✓ | | ✓ | |
| **PSYCHOTHERAPEUTIC AGENTS** | | | | | | | |
| ARIPiprazole 30 mg TAB (Abilify)<br>Indication: Mood | 30 mg | Oral | AT BEDTIME | | | | ✓ |
| haloperidol 10 mg TAB (Haldol)<br>Indication: Bipolar disorder,unspecified | 10 mg | Oral | AT BEDTIME | | | | ✓ |

_____        _____
Patient Signature Date/Time        Nurse Signature Date/Time

ACCT #: 0155211
MR #: 015521
Admit Date: 5/17/19  11:20
Physician: Rahman, Shakil
**DOB: 08/30/1941    AGE: 77 years    SEX: F**

**Franklin, Charlotte**



Franklin, Charlotte     MR# 015521-02
AGE   77    DOB   08/30/1941
PGM   301    PHP Adult
PHY   Schmitt, Elizabeth MD
Admit Date: 07/26/19     SEX   F

*There's hope. There's help.*

## Discharge Medication Reconciliation/ Discharge Medication Order

### Discharge Medication Order

*Do not continue/restart any medication taken prior to admission other than those listed below*
*Do not use medical abbreviations for medication instructions*

| Medication (Include dose/strength) | Route | Frequency | Indications (reason for med/ patient education) | Ed Provided | Script | If Called to Pharmacy: name of Pharmacy & quantity called (ie-#30) |
|---|---|---|---|---|---|---|
| Norvasc 10₂ | PO | daily | HTN | Ⓨ N | Y Ⓝ | |
| Bumyd 40₂ | PO | BID | HTN | Ⓨ N | Y Ⓝ | |
| Lenir 50U | SQ | HS | DM | Ⓨ N | Y Ⓝ | |
| Humlog 1-10U | SQ | AC | DM | Ⓨ N | Y Ⓝ | |
| metf 850₂ | PO | BID | DM | Ⓨ N | Y Ⓝ | |
| Abilify 10₂ | PO | HS | mood | Y N | Ⓨ N | |
| Haldol 10₂ | PO | HS | mood | Y N | Ⓨ N | |

### List of Medications NOT to Continue or Restart

| Medication (Include dose/strength) | Route | Frequency | Indications (reason for med/ patient education) | Patient Acknowledges Understanding |
|---|---|---|---|---|
| | | | | Pt. Initials: |
| | | | | Pt. Initials: |
| | | | | Pt. Initials: |
| | | | | Pt. Initials: |

Was patient compliant with medications? ☑ Yes ☐ No     Were home meds returned? ☐ Yes ☑ No

Copy Given to patient/family? ☑ Yes     Education given on all meds to be continued after discharge? ☑ Yes

Faxed discharge contract and med rec to next provider of care ☐ Yes ☐ Date/Time: _____

The Nurse has reviewed my Discharge Medications and the Medications NOT to be continued.

Patient Signature: _____ Date and Time: _____

Nursing Signature: _____ Date and Time: 8/9/19 1155

Telephone order per: _____ MD/NP _____ RN /RBV

MD/NP Signature: _____ Date/Time: 8-9-19 0301

Original - Medical Record     Make a copy and give to the patient     Medication Reconciliation IP-DCW-045-06D
Updated 12/04/15
© 2015 Springstone LLC. All rights reserved

Mercy Health Winton Road Primary
Care
6540 Winton Road
CINCINNATI, OH   45224



Charlotte Franklin                                          4/12/19
56 PROVIDENCE DRIVE
APT 5
FAIRFIELD, OH   45014


Dear Charlotte Franklin:

Thank you for your payment. Please keep a copy of this
receipt for your records.

Payment Information:

        Guarantor Account #:   101700650
        Receipt #:             23906740
        Date Posted:           4/12/19
        Total Amount:          $10.00
        Payment Source:        Cash


The total amount displayed on this receipt may be split up
and applied to more than one outstanding balance on your
account. In the event you have questions or need further
assistance, please contact our customer service department
at 888-696-3541.

Customer Service

Mercy Health
888-696-3541

Transitional Living Inc. many
times
Vista 5500 Blue Ridge Verulam St.
Cincy, Ohio 45213
Dr. Langvord Those who
attempted to kill.
Beckett Springs Cincy
Ohio — Dr. Shokei Rahman
Summett Mental Hospital
Summett Rd.
Cincy Ohio 45237
Diagnose as schizoaffective
Disorder
Bipolar

they were after me. Who? I thought to myself, I didn't see no one? But the Lord God Almighty and Jesus Christ let me know. If what you see, But what you don't see you have to be careful of. I have been repeatedly in and out of all Mental institutions. Fallmay, Bellville, Transitional Living, Inc., Dayton Mental,

he release me. The ~~Lord~~ Lord
inform me to go to go to Columbus
Ohio for help. Thats when I
~~TELL~~. Broke loose
And to Washington D.C.
Cuyahoga Offer now No
records. I was told ~~when~~ when I
went to: Secretariat of the
Throne

9797 Sainte-Anne Blvd.
Sainte-Anne-De Beaupre
Q C  G0A  3C0
Canada

## POWER OF ATTORNEY

I, WILBUR DANIELS, hereby appoint my daughter, CHARLOTTE La VERNE FRANKLIN, as my SOLE ATTORNEY. I authorize my attorney for me and in my name, to hold, manage, and control all real and personal property now owned and hereby acquired by me, and to do all things, in the opinion of my attorney, deemed necessary or desirable to protect my interests, including, but not limited to the following:

1) To institute, maintain, defend, settle and dismiss legal proceedings;

2) To collect and compromise debts and claims owed to me;

3) To pay and compromise debts owed by me;

4) To endorse and receive payment for checks payable to me, to sign and deliver checks on accounts in my name alone and in my name jointly with another and to withdraw from and deposit to accounts in my name alone and in my name jointly with another;

5) To sign and perform contracts and written instruments;

6) To demand and receive interest, dividends and other amounts due to me;

7) To expend funds for my support, maintenance , care, comfort and welfare;

8) To sell, exchange, lease and otherwise dispose of my property, including the release of my dower or like interests with respect to my property, and to execute and deliver deeds, leases and other instruments for such purposes;

9) To invest and reinvest funds in personal and real property of all kinds, including the purchase of United States government bonds eligible for redemption as par plus accrued interest in payment of federal estate tax;

( 2 )

10) To add my property to revocable trusts that I have created and may create and to exercise, with the consent of the Trustee of any such trust, rights that I may have to withdraw property from such trust (hereby releasing the Trustee from any liability for giving such consent in the exrcise of its best judgment) ;

11) To exercise rights that I have retained under agency agreements to which I am or may be a party ( hereby releasing any agent from liability for allowing my attorney so to act in my stead ) ;

12) To exercise rights of ownership ( including voting rights and that granting of proxies ) that I may have with regard to securities and other intangible interests;

13) To borrow money and to renew existing loans for any purpose (including the purchase of securities and other property ) at prevailing interest rates, to sign and deliver notes therefor and to secure lenders by pledges or mortgages of my property;

14) To insure my property and to pay premiums for and cancel policies of insurance;

15) To execute and deliver releases, discharges and receipts;

16) To have access to safe deposit boxes in my name or that I may enter and to remove the contents thereof and to deposit anything therein;

17) To employ and discharge attorneys, accountants, investment counsel and other professional advisers and agents;

18) To act with respect to my federal, state and local taxes, including signing and filing returns, appearing before agents and tribunals and prosecuting claims for refund; and

19) To apply for and receive registration cards , certificates of title and license plates for automobiles.

I give my attorney full power, authority and discretion to do all things required or permitted to be done as fully as I could do if personally

( 3 )

present, with full power of revocation and substitution, hereby ratifying and confirming all that my attorney shall do or cause to be done by virtue hereof. Persons, corporations or partnerships dealing with my attorney need not inquire into her authority. It is my intention that the authority herein granted my attorney may be exercised by her alone. This Power of Attorney shall not be affected by my disability.

IN WITNESS WHEREOF, I have hereunto set my hand this ___11th___ day

June, 2014. ~~2013.~~                                    _Wilbur Daniels_
                                                          WILBUR DANIELS

Signed and acknowledged
in our presence:

STATE OF OHIO, COUNTY OF HAMILTON:   SS:

Before me, the undersigned, a Notary Public in and for said county and state, personally appeared WILBUR DANIELS, who executed the foregoing Power of Attorney and acknowledged the signing thereof to be his voluntary act for the uses and purposes therein contained.

IN RESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my seal this ___11th___ day of ___June, 2014___. ~~2013.~~

                                             _Roxann Huschard Dieffenbach_
                                              ROXANN HUSCHARD DIEFFENBACH

ROXANN HUSCHARD DIEFFENBACH, Attorney at Law
NOTARY PUBLIC · STATE OF OHIO
My commission has no expiration
date. Section 147.03 O. R. C.

ENTERED
OCT 15 1973
IMAGE

ENTER

OCT 11 1971

DEPUTY CLERK

MILITARY AFFIDAVIT
FILED AT ISSUE DESK
OCT 11 1973

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO
DIVISION OF DOMESTIC RELATIONS

COSTS

INDEX

CHARLOTTE L. FRANKLIN,               :

       Plaintiff,               :          NO. A-733857

       vs.               :          RECORD

OLLIE LEE FRANKLIN,               :          JUDGMENT DECREE OF DIVORCE

       Defendant.               :

This cause came on for hearing on the 4th day of October, 1973 on the Complaint of the plaintiff and the evidence offered by said plaintiff, the defendant having failed to file an Answer or other pleading and not being represented in Court nor represented by counsel.

The Court further finds that the defendant was personally served with summons and a copy of the Complaint and said service is hereby approved.

The Court further finds that the plaintiff is now and was a bona fide resident of the State of Ohio for more than one year preceding the filing of the Complaint; that she was a bona fide resident of Hamilton County for more than 90 days preceding the filing of the Complaint; that she and the defendant were married in Cincinnati, Ohio on January 12, 1957 and that four (4) children were born the issue of said marriage, to-wit: Annette Franklin, born August 5, 1959; Paulette Franklin, born June 28, 1960; Ollie Anthony Franklin, born November 5, 1961; and Wendell Franklin, born September 23, 1963.

The Court further finds from the evidence adduced that the defendant, in violation of his marital obligations, has been guilty of gross neglect of duty toward the plaintiff and by reason thereof the plaintiff is entitled to a divorce as prayed for in the Complaint.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that the marriage contract and the relation heretofore existing between the plaintiff, Charlotte L. Franklin, and the defendant, Ollie Lee Franklin, be, and the same is hereby dissolved, set aside and held for naught and both parties are divorced, released and freed from the obligations of same.

- 2 -

It is further ordered by the Court that the plaintiff be, and she is hereby awarded the care, custody and control of the four (4) minor children of these parties and the defendant is ordered to pay to the plaintiff for the maintenance, care and support of said children the sum of $50 per week, each and every week, beginning October 8, 1973, said payments plus 1% poundage to be paid through the Bureau of Support, Hamilton County Court of Common Pleas, Division of Domestic Relations, Hamilton County Court House, Cincinnati, Ohio, until further order of the Court.

It is further ordered that the defendant shall have the right of reasonable visitation with said minor children.

It appearing to the Court that the defendant is in arrears on the order for temporary support previously entered herein, it is, therefore, ordered by the Court that the plaintiff is awarded a judgment against the defendant for said arrearage in the sum of $405.50 upon which judgment execution can issue immediately.

It is further ordered by the Court that the plaintiff shall be awarded the real estate known as 1030 Wellspring Drive, Cincinnati, Ohio 45231 free of the claims of the defendant subject only to the present mortgage to the Administrator of Veterans Affairs. In the event that the defendant fails to execute a deed to the plaintiff for the defendant's undivided one-half interest in the said real estate within ten(10) days from the journalization of this decree, then this decree shall operate as a conveyance of said defendant's interest to plaintiff and the Recorder of Hamilton County, Ohio is authorized to record a certified copy of said decree to effectuate said transfer.

The legal description of the subject property is as follows:

"Situated in the Township of Springfield, County of Hamilton and State of Ohio, and described as follows, to-wit:

Lot No. 13, Country Lanes Subdivision, Block "A", as recorded in Plat Book 92, pages 20, 21 and 22 of the Plat Records of Hamilton County, Ohio.

Being the same premises described in Deed Book 3545, page 981, Hamilton County, Ohio Deed Records.

It is further ordered that the defendant, Ollie Lee



Franklin  -7-

11A

Serology:

A sample of blood is analyzed for HIV and is found to be
nonreactive.

03/02/89  baf

- 3 -

Franklin, shall pay to Peter W. Swenty, Counsel for Plaintiff, the sum of $300.00 for services rendered herein for which sum judgment is hereby rendered but upon which execution shall not issue until the expiration of 90 days from the journalization hereof.

      It is further ordered that the plaintiff shall pay the costs of this proceeding and that a record be made herein.

_____
                                    Judge

_____
      Peter W. Swenty
      Attorney for Plaintiff



ENTERED
OCT 15 1973
IMAGE 46

COURT OF COMMON PLEAS
DIVISION OF DOMESTIC RELATIONS
HAMILTON COUNTY, OHIO

DECREE   COSTS

AUG 2 3 1985

CHARLOTTE LAVERENE SAMUELS          :   CASE NO.   A8503968
6330 Simpson
Cincinnati, Ohio  45224             :            E158707   COSTS

          Plaintiff                 :   (Judge Robert Wood)

vs.                                     DECREE OF DIVORCE

ROY ROOSEVELT SAMUELS
Unknown

          ENTERED

          SEP 6 1985      ENTER  Wood

          Defendant

          IMAGE 85        INDEX  SEP 20 1985

     1.  This cause came to be heard on the 27th day of August,
1985, on the Complaint of the Plaintiff, the Defendant being in
default for answer and not being in Court nor represented by
counsel; the Court finds from the evidence that the address of the
Defendant is unknown, that after the exercise of reasonable
diligence it cannot be ascertained and that Defendant was duly
served by publication, which service is hereby approved by the
Court; the Court further finds from the evidence that the
Plaintiff was a bona fide resident of Hamilton County, State of
Ohio, for more than six (6) months immediately preceeding the
filing of her Complaint for Divorce; that Plaintiff and Defendant
were married on the 3rd day of July, 1979, in Covington, Kentucky,
and that no child was born issue of this marriage; and the Plaintiff
and Defendant have been voluntarily separated in excess of one (1)
year; and that by reason thereof the Plaintiff is entitled to a
Divorce.

     2.  IT IS FURTHER ORDERED, DECREED AND ADJUDGED that the
Plaintiff, CHARLOTTE LAVERENE SAMUELS, be and hereby is granted a
divorce from the Defendant, ROY ROOSEVELT SAMUELS, and the
marriage contract heretofore existing between those parties be and
is hereby set aside and each of the parties is relieved of the
obligations thereof.

-2-

    3. IT IS FURTHER ORDERED that Plaintiff be restored to her former name, CHARLOTTE LAVERENE FRANKLIN.


                                     JUDGE ROBERT WOOD
                                     Hamilton County Domestic Relations
                                      Court
                                     Hamilton County, Ohio

ROXANN H. DIEFFENBACH 000-206
Attorney for Plaintiff
4019 Hamilton Avenue
Cincinnati, Ohio 45223
542-1500

ENTERED

SEP 6 1985

IMAGE 86

472

# MARRIAGE RECORD

### Application for a Marriage License

The Fred Proctor Co., Cin'ti. O.

THE STATE OF OHIO, HAMILTON COUNTY, ss.                    No.

To the Honorable Judge of the Probate Court of Hamilton County, Ohio:

The undersigned, being first duly sworn, represents that he is one of the applicants for a Marriage License and that the following Statements are true: That his Name,    Age,    Date of Birth,    and Residence are;

Ollie Lee Franklin    21    1/30/1935    6328 Simpson Ave., Cin.24, O.

and his Place of Birth,    Occupation,    Father's Name,    and Mother's Maiden Name are;

Cincinnati, Ohio    Bus Boy    William Henry Franklin    Flora Brown

He further represents that there is no legal impediment to his obtaining a marriage license and that he is not an habitual drunkard, epileptic, imbecile or insane person and that he is not now under the influence of an intoxicating liquor or narcotic drug and that he is not infected with syphilis in a form that is communicable, or likely to become communicable. He further represents that he is not nearer of kin of Charlotte LaVerne Daniels than second cousin and that he was not previously married. He represents that the information as required by law as to his previous marriage is as follows:

| Name of Spouse | Minor Children | Dissolved by | Jurisdiction | Date | Case Number |
|---|---|---|---|---|---|
| none | | | | | |

Wherefore, applicant prays that a Marriage License be issued to himself and Charlotte LaVerne Daniels

Sworn to and subscribed before me this

2nd day of January A.D. 19 57    Signature Ollie Lee Franklin

CHASE M. DAVIES, Probate Judge and Ex-officio Clerk.

By Donna M. Rose Deputy Clerk.

Physician's statement, date of examination January 2nd 19 57, and Laboratory statement, as required by law were filed by the above applicant with the clerk of this Court January 2nd 19 57

THE STATE OF OHIO, HAMILTON COUNTY, ss.

To the Honorable Judge of the Probate Court of Hamilton County, Ohio:

The undersigned, being first duly sworn, represents that she is one of the applicants for a Marriage License and that the following statements are true: That her Name,    Age,    Date of Birth,    and Residence are;

Charlotte LaVerne Daniels    21    8/30/1935    1926 Millville Court, Cin.25, O.

and her Place of Birth,    Occupation,    Father's Name,    and Mother's Maiden Name are;

Cincinnati, Ohio    None    Wilbur Daniels    Ernestine Tyndale

She further represents that there is no legal impediment to her obtaining a marriage license and that she is not an habitual drunkard, epileptic, imbecile or insane person and that she is not now under the influence of an intoxicating liquor or narcotic drug and that she is not infected with syphilis in a form that is communicable, or likely to become communicable. She further represents that she is not nearer of kin of Ollie Lee Franklin than second cousin and that she was not previously married. She represents that the information as required by law as to her previous marriage is as follows:

| Name of Spouse | Minor Children | Dissolved by | Jurisdiction | Date | Case Number |
|---|---|---|---|---|---|
| none | | | | | |

Wherefore, applicant prays that a Marriage License be issued to herself and Ollie Lee Franklin

Sworn to and subscribed before me this

2nd day of January A.D. 19 57    Signature Charlotte La Verne Daniels

CHASE M. DAVIES, Probate Judge and Ex-officio Clerk.

By Donna M. Rose Deputy Clerk.

Physician's statement, date of examination January 2nd 19 57, and Laboratory statement, as required by law were filed by the above applicant with the clerk of this Court January 2nd 19 57

The applicants expect Rev. A. L. Collins - New Prospect Bapt. - 1/12/57 to solemnize their marriage.

And afterwards a Marriage License was issued as follows: — THE STATE OF OHIO, HAMILTON COUNTY ss.

Be it known, That License and Permission of Marriage are hereby granted unto Ollie Lee Franklin

and Charlotte LaVerne Daniels and an ordained or licensed Minister of any religious society or congregation within this state, licensed to perform marriages, or a Justice of the Peace in his own county, or such other party specifically designated in Sec. 8001-8 of the General Code of Ohio, is hereby authorized to join them together as husband and wife, according to law.

In Testimony Whereof, I have hereunto set my hand and affixed the Seal of the Probate Court of Hamilton County, Ohio, at Cincinnati, this 11th day of January A.D. 19 57    CHASE M. DAVIES, Probate Judge and Ex-officio Clerk.

By Eugene J. Whapeasel Deputy Clerk.

Upon which the following return was filed on 1/19/57

19

To the Judge of the Probate Court of Hamilton County, Ohio:

I, the undersigned, hereby certify that Ollie Lee Franklin and Charlotte LaVerne Daniels were married by me, a Minister at Cincinnati Ohio, on the 12th day of January 19 57

Rev. A. L. Collins    1115 Dayton St., Cin., O.
Signature of Person Solemnizing Marriage    Address



Beckett Springs

# CERTIFICATE OF ACHIEVEMENT

AWARDED TO

*Charlotte Franklin*

For achieving the necessary requirements to complete the

Partial Hospitalization Program

Awarded August 9th, 2019

Scott Kammer, LPCC

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 **Charlotte Franklin** | | Social Security number or ITIN **295–34–3869** |
| First Name    Middle Name    Last Name | | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| First Name    Middle Name    Last Name | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Southern District of Ohio** | | |
| Case number:  **1:20–bk–12423**    Case Assigned To: **Beth A. Buchanan** | | Date case filed for chapter **7  8/31/20** |

## Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Charlotte Franklin | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 486 Dewdrop CIrcle #B Cincinnati, OH 45240 | | |
| 4. | **Debtor's attorney** Name and address | Daniel S. Zegarski 411 Madison Avenue Covington, KY 41011 | | Contact phone (513) 684–9900 Email:  dzegarski@steidenlaw.com |
| 5. | **Bankruptcy trustee** Name and address | Eileen K Field 3991 Hamilton Middletown Road Unit U Hamilton, OH 45011 | | Contact phone (513)684–9000 Email:  eileenfield.trustee@fuse.net |

**For more information, see page 2 >**

34608043180012

Attorney Geoffrey Modderman
(077938)
Attorney for
Plaintiff

636 Northland Blvd.
Suite 115
Cincinnati Ohio 45240
513-528-1100

I did file Bankruptcy
Chapter 7 - 8 - 31-20

Order of Discharge
Dec. 15, 2020
By Judge Beth A. Buchanan
United States Bankruptcy

I hereby certify this to be a true certified
copy of the certificate on file with the
Cincinnati Board of Health. Date Issued: _____ SEP 0 9 2002

_Reward F. Howard_ M.B.A.
Local Registrar, City of Cincinnati
Assistant Commissioner of Health

Ohio Department of Health
**VITAL STATISTICS**
CERTIFICATE OF DEATH

251

3101

Reg. Dist. No. _____
Primary Reg. Dist. No. _____

State File No. _____
Registrar's No. **00231**

| 1 DECEDENT'S NAME (First, Middle, Last) Ollie Franklin | 2. SEX male | 3 DATE OF DEATH (Month, Day, Year) JANUARY 1, 1989 |
|---|---|---|
| 4 SOCIAL SECURITY NUMBER 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 | 5a. AGE Last Birthday (Years) 27 yrs | 5b. UNDER 1 YEAR Months Days | 5c. UNDER 1 DAY Hours Minutes | 6 DATE OF BIRTH (Month, Day, Year) Jan 5, 1961 | 7 BIRTHPLACE (City and State or Foreign Country) Cinti., Ohio |

| 8 WAS DECEDENT EVER IN U.S. ARMED FORCES? ☐ Yes ☒ No | 9a PLACE OF DEATH (Check only one) HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☒ DOA OTHER: ☐ Nursing Home ☐ Residence ☐ Other (Specify) |
| 9b. FACILITY NAME (If not institution, give street and number) University Hospital | 9c. CITY, VILLAGE OR LOCATION OF DEATH Cincinnati | 9d. COUNTY OF DEATH Hamilton |

| 10. MARITAL STATUS - Married, Never Married, Widowed, Divorced (Specify) NEVER MARRIED | 11. SURVIVING SPOUSE (If wife, give maiden name) | 12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) laborer | 12b. KIND OF BUSINESS/INDUSTRY |

| 13a. RESIDENCE - STATE Ohio | 13b. COUNTY Butler | 13c. CITY, TOWN, OR LOCATION Hamilton | 13d. STREET AND NUMBER 353 Hampshire B-17 |
| 13e. INSIDE CITY LIMITS (Yes or No) yes | 13f. ZIP CODE 45011 | 14. WAS DECEDENT OF HISPANIC ORIGIN (Specify No or Yes - If yes, specify Cuban, Mexican, Puerto Rican, etc.) ☒ No ☐ Yes Specify: | 15 RACE - American Indian, Black, White, etc. (Specify) Black | 16. DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) 12 yrs College (1-4 or 5+) |

| 17. FATHER'S NAME (First, Middle, Last) Ollie Lee Franklin | 18. MOTHER'S NAME (First, Middle, Maiden Surname) Charlotte Daniels |

| 19a. INFORMANT'S NAME (Type/Print) Charlotte Franklin | 19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) 353 Hampshire dr. Hamilton Ohio 45011 |

| 20a. METHOD OF DISPOSITION ☒ Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify) | 20b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) Spring grove Cemetery | 20c. LOCATION - City or Town, State Cincinnat, Ohio |
| 20d. DATE OF DISPOSITION January 7, 1989 | 21a. NAME OF EMBALMER Lynwood L. Battle | 21b. LICENSE NUMBER 5551 |
| 22a. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH _L.C. Battle_ | 22b. LICENSE NUMBER (of Licensee) 3790 | 23 NAME AND ADDRESS OF FACILITY J.C. BATTLE & SONS 543 Rockdale Ave Cinti., O |

| 24. REGISTRAR'S SIGNATURE _Jeanita M. Adams_ | 25a. DATE FILED (Month, Day, Year) JAN 23 1989 |
| 26a. SIGNATURE OF PERSON ISSUING PERMIT | 26b. DIST. No. | 27. DATE PERMIT ISSUED |

| 28a. CERTIFIER (Check only one) ☐ CERTIFYING PHYSICIAN To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated. ☒ CORONER On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner as stated. |
| 28b. TIME OF DEATH APPROX. 7:05 P.M | 28c. DATE PRONOUNCED DEAD (Month, Day, Year) January 01, 1989 | 28d. WAS CASE REFERRED TO CORONER? ☒ Yes ☐ No |
| 28e. SIGNATURE AND TITLE OF CERTIFIER _Frank P. Cleveland_ Coroner | 28f. LICENSE NUMBER 16264 | 28g. DATE SIGNED (Month, Day, Year) Jun. 20, 1989 |
| 29 NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (Type/Print) Frank P. Cleveland, M.D., Coroner, 3159 Eden Avenue, Cincinnati, Ohio. 45219 |

| 30 PART I. Enter the diseases, injuries or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line. | | A. Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. Multiple bodily traumata | minutes |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| Sequentially list conditions, if any, leading to immediate cause Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST | b. Motor vehicle traffic accident, driver, struck fixed object | minutes |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | c. | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |

| PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I | 31a. WAS AN AUTOPSY PERFORMED? ☒ Yes ☐ No | 31b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? ☒ Yes ☐ No |

| 32 MANNER OF DEATH ☐ Natural ☒ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be Determined | 33a. DATE OF INJURY (Month, Day, Year) Jan 1, 1989 | 33b. TIME OF INJURY approx 7:05 PM | 33c. INJURY AT WORK? ☐ Yes ☒ No | 33d. DESCRIBE HOW INJURY OCCURRED vehicle struck a fixed object |
| | 33e. PLACE OF INJURY - At home, farm, street, factory, office bldg., etc. (Specify) alongside of roadway at | 33f. LOCATION (Street and Number or Rural Route Number, City or Town, State) 6715 Hamilton Ave. Cincinnati, OH |



513-636 4200

**Health Information Management**

April 3, 2019

Charlotte Franklin

56 Providence Dr. #5
FAIRFIELD, Ohio 45014

RE: Ollie Anthony Franklin

To Whom It May Concern:

Cincinnati Children's Hospital Medical Center has received your request for release of medical information on the above referenced patient. Unfortunately, your release of information form does not meet the specific requirements set forth by the Health Insurance Portability and Accountability Act of 1996 (HIPAA). Listed below are the reason(s) your release is non-compliant with Federal Law.

- The person who signed the authorization form is not listed as the patient's parent/legal guardian. **A signature from a legal guardian must be accompanied by a document signed by a Judge or Magistrate proving guardianship.**

Enclosed you will find a Cincinnati Children's Hospital Medical Center authorization form which includes all of the necessary elements. Please complete this authorization and return it to the address or fax number below.

**Cincinnati Children's Hospital Medical Center**
**Health Information Management (HIM)**
**Attn: Release of Information**
**3333 Burnet Avenue, MLC 5015**
**Cincinnati, OH 45229**

**Phone: 513-636-4217**
**Fax: 513-636-6729**

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Charlotte Franklin** | Social Security number or ITIN **xxx–xx–3869** |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |
| United States Bankruptcy Court | **Southern District of Ohio** | |
| Case number: | **1:20–bk–12423** | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charlotte Franklin

12/15/20

By the court: Beth A. Buchanan
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**FAIRFIELD MUNICIPAL COURT**
CIVIL DIVISION
675 NILLES ROAD
FAIRFIELD, OHIO 45014

FILED
AUG 15 2018
Fairfield Municipal Court

VP Woodridge LLC
      Plaintiff

Case No. 2018 CV G 00778

Vs.

**MAGISTRATE'S ORDER**
**FORCIBLE ENTRY & DETAINER**
**FIRST CAUSE OF ACTION**

Charlotte Franklin
      Defendant

On 08/15/2018, the above captioned first cause of action came before the Court for hearing at the request of the named plaintiff(s) (referred to as "Landlord") against the above named defendant(s) (referred to as "Tenant"). After reviewing the testimony and evidence, the Court finds and orders:

 Landlord or other witness on behalf of Landlord appeared at the hearing.

Tenant or other witness on behalf of Tenant appeared at the hearing.

Tenant was served according to law with Landlord's complaint filed in the above captioned action and timely notified by the Court of the date, time, and place of the hearing.

Landlord is the real party in interest. Landlord and Tenant have a lease contract relationship for the rental of premises located within the jurisdiction of the city of Fairfield. Landlord served on Tenant a notice in compliance with RC 1923.04. A copy of this notice either is attached to the complaint or was produced at the hearing, admitted as evidence.

Landlord is entitled to restitution of these premises because Tenant breached the lease by failing to timely pay all rent when due under the lease terms.

[ ] Landlord is entitled to restitution of these premises because: _____
_____

[ ] The first cause of action is dismissed (no second cause) at the request of Landlord.

[ ] The first and second causes of action are dismissed at the request of Landlord.

[ ] The first cause of action is dismissed and the Court sets a hearing date for the second cause of action at the request of Landlord.

[ ] The first cause of action is dismissed because Landlord did not appear. The Court will not set a second cause.

[ ] The Court makes these additional findings and/or and orders: _____
_____
_____

THE COURT HEREBY ORDERS Tenant and all other occupants of these premises to vacate by **Monday, AUGUST 20, 2018 at noon.**

THE COURT HEREBY ORDERS the Clerk to issue a writ of restitution after that date upon the timely request of Landlord and payment of applicable costs. Landlord must request the writ **within 21 days** after the ordered vacate date.

_____
Magistrate

The Court adopts the Magistrate's Decision/Order as the Judgment of the Court effective on the date of filing. THIS IS A FINAL APPEALABLE ORDER.

_____
Judge

# NOTICE TO LEAVE THE PREMISES

| Community Name: | Resident: |
|---|---|
| **WOODRIDGE APARTMENTS** | **Charlotte Franklin** |

On the___10____day of _April_____ 2019.
I served the within notice on the within named:

By furnishing a written copy thereof **ON RESIDENT'S DOOR**
Write in method of service

☐ By certified Mail, Return Receipt Requested

☐  By handing a copy to defendant in person

☐  By leaving it at his (her) usual place of abode

**X** By leaving it at the premises from which he (she) is to be evicted

The notice should be served to the defendant personally, if he (she) can be conveniently found.

To _Charlotte Franklin_____ Resident:

You will please notice that we want you on or before May 10, 2019 to leave the premises you now occupy, and which you have rented of **Woodridge Apartments** situated as follows

_50 Providence Drive Apt. 5_____

In **Fairfield**, County of **Butler**, and State of **Ohio**.

**GROUNDS:**  Failing to follow procedures for treatment of a pest infestation.
Failing to maintain the premises in a safe and sanitary condition.

**YOU ARE BEING ASKED TO LEAVE THE PREMISES.  IF YOU DO NOT LEAVE, AN EVICTION ACTION MAY BE INITIATED AGAINST YOU.  IF YOU ARE IN DOUBT REGARDING YOUR LEGAL RIGHTS AND OBLIGATIONS AS A RESIDENT, IT IS RECOMMENDED THAT YOU SEEK LEGAL ASSISTANCE.**

WOODRIDGE APARTMENTS
3975 Woodridge Blvd. #1
Fairfield, OH 45014
(513 )874-1988
(513)874-1922 FAX

DATE: April 10, 2019

**New Mills Run II, LLC**
TEMP4231958183--Franklin, Charlotte
Print As: Franklin, Charlotte

2483 Montana Ave
Cincinnati, OH 45211-3705

1431
Merchants Bank of Indiana
Mills Run II - OPER  3817
Date: 12/07/2022

| Date | Invoice # | Reference Number | | | |
|------|-----------|------------------|----------|----------------|-------------|
| Acct | Memo | Department ID | Location | Amount Entered | Amount Paid |
| 05/23/2022 | 31475-44-5522908-201 | | 150 | $150.00 | $150.00 |
| 2193--Security Clearing | Deposit Refund Bldg 9 - Unit 0903 | | | | |
| Net Amount: | | | | | $150.00 |

Page 1 of 1

BUTLER COUNTY COURT, AREA II

101 High Street
Hamilton, Ohio 45011

Date: 09/03/2020                                    Receipt No:    61757

| | |
|---|---|
| Civil Case No: CVI 2000600 | * *  Costs Paid  * * |
| | Court Costs ..:      7.00 |
| | Legal Research:       .00 |
| Plaintiff: Franklin, Charlotte | Computer Impr :     10.00 |
|          -vs- | Special Proj. :     12.00 |
| Defendant: Big O Tires | Legal Aid ....:     11.00 |
| | Judgment .....: |
| Received of Charlotte Franklin | Misc. Costs ..: |
| payment in the above entitled case in | Sundries .....: |
| the amount and items indicated herein. | Sheriff Fees .: |
| | Deposit (SFC) : |
| Clerk - Deputy of Court TAM | Total Received:     40.00  CA |

CUSTOMER COPY

BUTLER COUNTY COURT, AREA II

101 High Street
Hamilton, Ohio 45011

Date: 07/20/2022                                    Receipt No:    68763

| Civil Case No: CVI 2000600 | * *  Costs Paid  * * |
|---|---|
| | Court Costs ..:        .00 |
| | Legal Research:        .00 |
| Plaintiff: Franklin, Charlotte | Computer Impr :        .00 |
| -vs- | Special Proj. :      30.00 |
| Defendant: Big O Tires | Legal Aid ....:        .00 |
| | Judgment .....: |
| Received of Charlotte Franklin | Misc. Costs ..: |
| payment in the above entitled case in | Sundries .....: |
| the amount and items indicated herein. | Sheriff Fees .: |
| | Deposit (SFC) : |
| Clerk - Deputy of Court JLB | Total Received:      30.00  CA |
| POST JUDGMENT MOTION | |

CUSTOMER COPY

# FAIRFIELD MUNICIPAL COURT
## CIVIL DIVISION
## JOYCE A. CAMPBELL
## JUDGE
675 Nilles Road  Fairfield, Ohio  45014-2931  513-867-6000 (Fax 513-867-6006)

# SUMMONS
In Forcible Detention
(Rev. Code, Sec. 1901.18(A), 1923.05, 1923.06)

Case No: 2018 CV G 00778

To the following named defendant(s):

Charlotte Franklin
56 Providence Drive, Apt. 5
Fairfield, OH 45014, and all other occupants.

You have been named defendant(s) in a complaint filed in the FAIRFIELD MUNICIPAL COURT, 675 Nilles Rd, Fairfield, Ohio 45014, by:

VP Woodridge LLC
3977 Woodridge Blvd. Apt. 5
Fairfield, OH 45014

*A copy of the complaint is attached hereto.*

You are hereby summoned to appear before said Court at the above address on **Wednesday, August 15, 2018 at 5:00 pm**, to answer unto VP Woodridge LLC in an action for forcible detention of the following described premises, to wit:

Situated in the City of Fairfield, Butler County, Ohio and known as:

56 Providence Drive, Apt. 5 , Fairfield, OH 45014

If you fail to appear and defend, judgment by default will be rendered against you for the relief demanded in the complaint.

Witness my signature and seal of said Court, this Friday, July 27, 2018.

Tina Ragland, Deputy Clerk

Ed Roberts, Clerk

A COMPLAINT TO EVICT YOU HAS BEEN FILED WITH THIS COURT. NO PERSON SHALL BE EVICTED UNLESS THE PERSON'S RIGHT TO POSSESSION HAS ENDED AND NO PERSON SHALL BE EVICTED IN RETALIATION FOR THE EXERCISE OF THE PERSON'S LAWFUL RIGHTS. IF YOU ARE DEPOSITING RENT WITH THE CLERK OF THIS COURT YOU SHALL CONTINUE TO DEPOSIT SUCH RENT UNTIL THE TIME OF THE COURT HEARING. THE FAILURE TO CONTINUE TO DEPOSIT SUCH RENT MAY RESULT IN YOUR EVICTION. YOU MAY REQUEST A TRIAL BY JURY. YOU HAVE THE RIGHT TO SEEK LEGAL ASSISTANCE. IF YOU CANNOT AFFORD A LAWYER, YOU MAY CONTACT THE LEGAL ASSISTANCE PROGRAM AT (513) 896-6671.

BAILIFF: Serve this writ and return by the ___ day of _____, 20__ at _____ o'clock __M.

feds

# FAIRFIELD MUNICIPAL COURT
# BUTLER COUNTY, OHIO

VP WOODRIDGE LLC.      :  Case No.
3977 Woodridge Blvd. Apt. 5
Fairfield, Ohio 45014      :

            :

  Plaintiff,       :

            :

  vs.          :  2018 CVG 778

            :

CHARLOTTE FRANKLIN  and other residents : **COMPLAINT FOR FORCIBLE**
56 Providence Drive., Apt. #5     **ENTRY AND DETAINER**
Fairfield, OH 45014      :

1. Plaintiff is the owner of the premises which Defendant rents at the address above.

2. Defendant is in default of payment of rent.

3. On July 10, 2018, Plaintiff served written notice upon the Defendant to leave the premises.  A copy of the Notice is attached hereto as Exhibit A.

4. Defendant is now unlawfully and forcibly detaining possession of the premises from Plaintiff who is entitled to possession.

  WHEREFORE, Plaintiff demands judgment against Defendants for restitution of its property and for any other relief, either legal or equitable, to which it may be entitled.

Geoffrey Modderman (077938)
Attorney for Plaintiff
636 Northland Blvd. Suite 115
Cincinnati, Ohio 45240
(513) 528-1100

existed to leave the premises 6715 Niles Rd. Fairfield Ohio 45014 where the Sheffer Dept. had me put in Beckett Springs Hospital against my wishes. from my home Apt 56 Providence Dr. #5 Fairfield Ohio 45014 Being in the hospital the Sheffure Dept. sat all my belonging outside of the apartment. July 25, 201 Case # 2012 CVG 778

Filed again because I didn't
get paid each time I have to
pay to file never get any
of my money back even
filed against their bank
where we both deal with
in Bank US said the comp.
had no money. Where I
had filed, July 20, 2022
Case #CVI 2000 606
denied Me without a
hearing no money for Me!
Fairfield Municipal Court
Civil Division
Ore a Campbell - Judge



**RECEIPT**

amilton Municipal Court,
45 High St., 2ⁿᵈ Floor
Iamilton, OH 45011

**Batch# 1102**
**Receipt# 346028**

Received From:
CHARLOTTE FRANKLIN, RECEIVED BY: KC
9982 ARBORWOOD DR
CINCINNATI,OH 45251

**Jul 21 2022**

785 7300

| Charge | Amount |
|---|---|
| 1 - ORDINARY COMPLAINT - CERTIFIED - CV.22CVF01456, FRANKLIN vs. NIEMAN MD, SUMMONS ISSUED 07/21/2022 | 89.00 |
| | |
| **Total:** | **89.00** |

| Payment | Amount |
|---|---|
| Cash - ,TENS: 9 | 90.0 |
| | |
| **SubTotal:** | 90 |
| **Change:** | |
| **Total:** | 89 |

**RECEIPT**

Hamilton Municipal Court,
345 High St., 2nd Floor
Hamilton, OH 45011

Batch# 1183
Receipt# 318642

Received From:
CHARLOTTE FRANKLIN, RECEIVED BY: KC
56 PROVIDENCE DRIVE
FAIRFIELD,OH 45014

Mar 29 2019

| Charge | Amount |
|---|---|
| 1 - ORDINARY COMPLAINT - CERTIFIED - CV.19CVF00859, FRANKLIN vs. NIEMAN, SUMMONS ISSUED 03/29/2019 | 89.00 |
| **Total:** | **89.00** |

| Payment | Amount |
|---|---|
| Check - Check Number: 17-966980460 | 50.00 |
| Cash | 40.00 |
| **SubTotal:** | **90.00** |
| **Change:** | **1.00** |
| **Total:** | **89.00** |

**Discharge Diagnosis**

Psychiatric Diagnosis: _Schizoaffective Disorder_

I acknowledge that I understand and have had the opportunity to ask questions about my discharge instructions. I also acknowledge that I have been given information about community resources should I find myself in crisis post discharge.

Patient/Guardian Signature: _____ Date/Time: _____

Social Services Signature: _Amiotte, MSW/SW_ Date/Time: 7/19/18 0800

Nursing Signature: _____ Date/Time: _____

## Community Support Groups/Resources

**Blueridge Vista Health and Wellness**
Phone: 513-841-3018

**Inpatient Psychiatric Hospital**

**Psychiatric Emergency Services:**
Phone: (513) 584-8577

**University of Cincinnati**

**Adult Mobile Crisis Line:**
(513) 584-8577

**Hamilton County**

**Suicide Hotline:**
(513) 281-CARE (2273)

**Hamilton County**

**Mental Health Access Point:**
(513) 558-8888

**Hamilton County**

**Council on Aging:**
(513) 721-1025

**Hamilton County Elderly Services Program**

**Alzheimer's Association:**
(513) 721-4284

24/7 Helpline: 1.800.272.3900

**Adult Protective Services :**
(513) 421-LIFE

**Hamilton County Elderly Protection Services**

**Alcoholics Anonymous:**
**Narcotics Anonymous:**

(513) 861-3500
(513)-820-2947 (HOPE LINE)

ORIGINAL 2015

**PLACE PATIENT LABEL HERE**

site in Mary in court and
she did pay for my damage
she told me after the
officer let her off.

Mrs. Wm. Haler told me
I should go after the
Police Department and not
her.

They would even set up
road blocks and sent me
back to Rollman Hospital
when I would get out.

Re. Charlotte Franklin
Samuels

to lead a 1957 I
every since for 21 1957 I
married Ollie Lee Franklin,
I have been under the
residation of Springfield
Township Police department.
which was Chief Wm Hafer.
were that department had my
two daughters taken away from
me by the courts and I was
scared for my life until 2006,
April 1, when Mr. Franklin,
died. Chief Hafer would have
is doing everything care for me
and our kids. He would work
and wouldn't bring no more to
I would always have to work
two or three jobs to support
my family. If it hadn't been for
my grand parents we would ha
life the life we did live.

My grand father gave me money
for a car. Money for food money
times. I worked, here altering
shirts and didn't get paid.
He chief would call the courts
and tell them release, Mr. Franklin
to go to horse shows, even my
attorney would in on it.

Mr. Franklin would beat me,
and I would call chief Hafer
he would laugh and hang up on
me. I would out run the police
department many times because
their was someone out to kill me
even the last time, I ran the
law I was going to see about
my step father because my had
did spells on problem he was on
and the springfield

Police department to go, me and
continue idlessly until I fell
back in my car with my hands
up in the air, yelling at Jesus!
Then he handcuff me and
call the station with me
in the back of car car and
called a B I T C H!
I got her.

And came to the courtroom
before the hearing and left.
My attorney told me they be
undercover off duty officers
following me.
I call later when I receive
at 56 Providence Dr. #5

and spoke with the chief in
charge who told me the
officer was knew in Jardin
Township. I stated to him
that had been accident on
Hamilton ave. in Seventh
were a old black man was
crossing in the Middle of
the street at night where
I was going home from
bingo and I stop to let
them across, and this, this
car come up behind me at
a high rage of speed, and
total my car. When the
officer found out it was My
car, he wouldn't give or

September 5, 2007
25 View Ct. 202
Fairfield, Ohio 45014
U.S.A.

Dear Reverence;

Your Holiness, I
Charles L. Tran Qui, am
writing you in all due
respect asking Thee to
please give God Almighty,
people what is rightfully
due Them in the blood of
our Lord & Savor Jesus
Christ the freedom to
worship and serve him
in the Holy Spirit trusting
him and not man.