IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| CHARLOTTE L. FRANKLIN-SAMUELS, | : : : | No. 22-cv-775 |
| Plaintiff, | : : | Judge Matthew W. McFarland |
| vs. | : : | |
| SOCIAL SECURITY ADMINISTRATION, *et al.*, | : : : : | |
| Defendants. | : : | |

**ORDER ADOPTING ORDER AND REPORT AND RECOMMENDATIONS (Doc. 4)**

This action is before the Court upon the Report and Recommendations (the "Report") (Doc. 162) of United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b). In the Report, Magistrate Judge Litkovitz recommends that Plaintiff's Complaint (Doc. 1) be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff submitted timely objections (Doc. 5). Thus, the matter is ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections are not well-taken and are accordingly **OVERRULED**. Thus, the Court **ADOPTS** Magistrate Judge Litkovitz's Order and Report and Recommendations (Doc. 4) in its entirety. Plaintiff's Complaint (Doc. 1) is hereby

**DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B). This matter is **TERMINATED** from the Court's docket.

    **IT IS SO ORDERED.**

By: *Matthew W. McFarland*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE