# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| CHARLOTTE L. FRANKLIN-SAMUELS, | : | Case No. 1:22-cv-775 |
| | : | |
| | : | Judge Matthew W. McFarland |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SOCIAL SECURITY ADMINISTRATION, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X   Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**  Plaintiff's Complaint (Doc. 1) is hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and this matter is TERMINATED from the Court's docket.

Dated: January 19, 2023.                                           Richard W. Nagel, Clerk of Court
                                                                                    By:  */s/ Kellie A. Fields*
                                                                                           Deputy Clerk