IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| CHARLOTTE L. FRANKLIN-SAMUELS, | : : : | Case No. 1:22-cv-775 |
| | | Judge Matthew W. McFarland |
| Plaintiff, | : : | |
| vs. | : : | |
| SOCIAL SECURITY ADMINISTRATION, et al., | : : : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 9), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion to Reopen the Case (Doc. 8).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
JUDGE MATTHEW W. McFARLAND